UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20173-CR-Moreno/Louis

IN RE SEALED INFORMATION
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the information, this motion, and any resulting order be SEALED until further order of this court, excepting the United States Attorney's Office which may obtain copies of any information or other sealed document for purposes of service, forfeiture, or any other necessary cause, for the reason that the named defendant may incur unnecessary financial hardship should the charging document be made public prior to the filing of the terms of the plea agreement.

Respectfully submitted,

RANDY A. HUMMEL
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515

By: *[signature]*
Francisco R. Maderal
Assistant United States Attorney
Florida Bar No. 0041481
99 N.E. 4th Street, Suite 700
Miami, FL 33132-2111
Telephone: (305) 961-9159
Facsimile: (305) 536-4699
Email: Francisco.Maderal@usdoj.gov