UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20173-CR-MORENO/LOUIS

UNITED STATES OF AMERICA

vs.

ELEMETAL, LLC,
    d/b/a "Elemetal,"
    d/b/a "NTR Metals,"

    Defendant.
_____/

## WAIVER OF AN INDICTMENT

Elemetal, LLC ("Elemetal") understands that it has been accused of one or more offenses punishable by imprisonment for more than one year. Elemetal was advised by counsel of its rights and the nature of the proposed charges against it.

After receiving this advice, Elemetal waives its right to prosecution by indictment and consents to prosecution by information.

Date: March 15, 2018

Elemetal, LLC

By: _____
Steven Loftus, Manager

_____
Christopher R. J. Pace
Counsel for Defendant

_____
Hon. Alicia Otazo-Reyes
United States Magistrate Judge