UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20173-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ELEMETAL, LLC

        Defendant.
_____/

## PROTECTIVE ORDER

THIS MATTER is before the Court upon the Agreed Motion of the United States of America for entry of a Protective Order pursuant Title 21, United States Code, Section 853(e)(1)(A). The Court having reviewed the Agreed Motion for Protective Order and Memorandum of Law and being otherwise fully advised in the premises, finds that:

1. The United States seeks the protective order to prevent the transfer, alienation, further encumbrance or dissipation of the subject property by the defendant or any third party which would render said property less available as security to satisfy the Forfeiture Amount[1] as it was on March 16, 2018.

2. The submission of the motion is appropriate and supported by statutory authority and case law.

---

[1] Capitalized terms in this Protective Order shall have the meaning agreed upon in the Plea and Forfeiture Agreement dated March 16, 2018.

3. The Defendant has agreed that the Government is entitled to a protective order, consistent with paragraph 15 of the Plea and Forfeiture Agreement between Elemetal LLC and the United States of America.

4. The Court has authority to issue Protective Order pursuant to 21 U.S.C. § 853(e)(1)A).

5. The need to preserve the availability of the Restrained Real Properties through the entry of the requested order outweighs the hardship on any party against whom the order is to be entered.

6. Any third-party claims to the Restrained Real Properties may be properly brought and resolved in proceedings conducted by this Court in accordance with the provisions of federal criminal forfeiture law.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

A. Effective immediately, defendant, its wholly and partially owned subsidiaries, agents, servants, employees, attorneys, and those persons in active concert or participation with them, and those persons, financial institutions, or other entities who have any interest or control over the subject property are hereby **RESTRAINED, ENJOINED, AND PROHIBITED**, without prior approval of this Court and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability, marketability or value of said property, including but not limited to withdrawing, transferring, selling, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of, all or any part of their interest, direct or indirect, in the following property:

    a. **real property located at 16064 Beaver Pike, Jackson, OH 45640**;

        Also known as: SALT RESERVE #76 EAST PART ANNEXATION - 2002

   b.   **real property located at 10720 Composite Drive, Dallas, TX 75229**;

        Also known as: WALNUT-STEMMONS IND PARK 2, BLK E/6509 1.6047 ACS, COMPOSITE DR & ELECTRONIC

   c.   **real property located at 10730 Composite Drive, Dallas, TX 75229**; and

        Also known as: WALNUT-STEMMONS INDUSTRIAL PARK 2 BLK D/6509 ACS 0 .75 457.42FR ELECTRONIC LN INT201200155758 DD05292012 CO-DC 6509 00D 00000 1006509 00D

   d.   **real property located at 479 Industrial Park Drive, Waverly, OH 45690**

        Also known as: R21W-T5N-S18 299/1734.

B.    Property owner(s) are required to maintain the present condition of the Restrained Real Properties, subject to this Order, including timely payment of all mortgage payments, and insurance, utilities, taxes, and assessments until further order of this Court.

C.    Any financial institutions, other entities or individuals, holding mortgages or security interests on the Restrained Real Properties shall respond promptly to requests by the Government for information on said mortgage's current status.   No action shall be taken to foreclose against the Restrained Real Properties.

D.    Homeland Security Investigations, or other authorized agent of the United States shall promptly serve a copy of this Protective Order upon defendant and its counsel, and make a return thereon reflecting the date and time of service.  Notice of the entry of this Order shall be given to known institutions, entities or individuals, having an interest in the Restrained Real Property, where such interest is defined as a "legal interest" and not merely an interest as a creditor of defendant. Such notice may be given by electronic mail or facsimile transmission.

E.   This Protective Order shall remain in full force and effect until further order of this Court.

**DONE and ORDERED** at Miami, Florida this _____ day of March, 2018.

_____
FEDERICO A. MORENO
UNITED STATS DISTRICT JUDGE