UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20173-CR-MORENO/LOUIS

UNITED STATES OF AMERICA

vs.

ELEMETAL, LLC,

    Defendant.
_____/

**ELEMETAL, LLC'S UNOPPOSED MOTION FOR COURT APPROVAL
PERMITTING ITS SUBSIDIARY ECHO ENVIRONMENTAL WAVERLY, LLC TO
ENTER INTO LOAN AMENDMENT AND EXTENSION**

    Elemetal, LLC ("Elemetal"), pursuant to this Court's March 22, 2018 Protective Order (the "Protective Order") (D.E. 17), hereby moves this Court for an order granting approval for Echo Environmental Waverly, LLC ("Echo"), a subsidiary of Elemetal, to enter into a loan amendment and extension as contemplated by the documents attached as Exhibit A. In support, Elemetal states as follows:

    1.    On March 16, 2018, the Court accepted Elemetal's plea pursuant to a written Plea & Forfeiture Agreement in which, among other things, Elemetal agreed to forfeit to the Unites States, over a 5-year period, the sum of $15 million (the "Forfeiture Amount") (D.E. 12). To date, Elemetal has satisfied just over $11 million of the Forfeiture Amount, leaving a little less than $4 million of the Forfeiture Amount still owed.

    2.    To protect the United States in the event that Elemetal did not satisfy the Forfeiture Amount, this Court entered the Protective Order. The Protective Order prohibits Elemetal and its subsidiaries from "attempting or completing any action that would affect the availability, marketability or value" of four properties, including the real property located at 16064 Beaver Pike, Jackson, Ohio 45640 (the "Jackson Property") and the real property located at 479 Industrial

Park Drive, Waverly, Ohio 45690 (the "Waverly Property"), without Court approval following notice to the United States and an opportunity for the United States to be heard. Protective Order, ¶ A. The Protective Order further provides that actions requiring Court approval "includ[e] but [are] not limited to withdrawing, transferring, selling, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of, all or any part of their interest, direct or indirect," in the four listed properties. *Id*.

3. As set forth in the documents attached hereto as <u>Exhibit A</u>, Echo seeks to enter into an amendment and extension (the "Loan Amendment") of the Business Loan Agreement executed by Echo in favor of Peoples Bank on December 26, 2013 that financed the Waverly Property (the "Prior Loan"). Under the terms of the Loan Amendment, the Jackson Property and Waverly Property would serve as collateral for the remaining loan balance. The Loan Amendment extends the term of a Prior Loan based on the outstanding balance of the Prior Loan; it does not involve Elemetal, Echo or any other entity borrowing additional money from Peoples Bank. The Loan Amendment extends the term of the Prior Loan until December 26, 2019.[1]

4. Elemetal's counsel has given notice of the Loan Amendment to the United States Attorney's Office ("Office") and provided the Office with unredacted versions of the documents contained in <u>Exhibit A</u>. The Office has informed Elemetal that it does not oppose the relief sought in this Motion.

5. Because Elemetal has satisfied over $11 million of the $15 million Forfeiture Amount, the Loan Amendment does not involve Elemetal or Echo incurring additional debt and

---

[1] The Prior Loan is only being extended until the end of this year because the current lessee of the Waverly Property has an option to purchase the Waverly Property, subject to approval from this Court, and it is anticipated that the lessee will seek to exercise the option this year.

the United States does not oppose this Motion, the Court should permit Echo to enter the Loan Amendment.

WHEREFORE, Elemetal respectfully requests that this Court enter an order granting approval for Echo to enter into the Loan Amendment as contemplated by the documents attached hereto as <u>Exhibit A</u>.  A proposed order to that effect is attached as <u>Exhibit B</u>.

Dated:  March 21, 2019

Respectfully submitted,

<u>/s/ *Christopher R.J. Pace*            </u>
Christopher R.J. Pace
Florida Bar No. 721166
crjpace@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9700
Facsimile:   (305) 714-9799

***Counsel for Elemetal, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ *Christopher R.J. Pace*            </u>
Christopher R.J. Pace