# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 18-20173-CR-MORENO/LOUIS**

**UNITED STATES OF AMERICA**

**vs.**

**ELEMETAL, LLC,**

     **Defendant.**

_____/

**EDEN DECLARATION IN SUPPORT OF ELEMETAL, LLC'S UNOPPOSED MOTION**
**TO MODIFY PROTECTIVE ORDER TO REMOVE JACKSON PROPERTY**

    I, Matt Eden, hereby state and declare as follows:

    1.    I am the Chief Financial Officer for Elemetal, LLC ("Elemetal").  In that capacity, I have access to the financial information maintained by Elemetal and its affiliates, including as it relates to real property owned by Elemetal or an Elemetal affiliate.

    2.    Elemetal Refining LLC ("Refining") is a subsidiary of Elemetal and it is the owner of the real property located at 16064 Beaver Pike, Jackson, Ohio 45640 (the "Jackson Property").

    3.    Refining operated a metals refinery at the Jackson Property, but that was shut down years ago.  Since then, Refining and Elemetal have attempted to find a new financially sound tenant to enter a long-term lease to occupy the Jackson Property but have been unsuccessful at doing so.  As a consequence, there currently is no rent-paying tenant occupying the Jackson Property.

    4.    While the Jackson property is not currently generating any income for Refining or Elemetal, it is costly to maintain.  Considering only mortgage payments, property taxes, utilities, general maintenance costs, and the wages for individuals who work to maintain the Jackson Property, the average *monthly* cost of the Jackson Property is over $110,000.[1]

---

[1]    Some of these costs, such as property taxes, are not paid on a monthly basis, but I have broken them down to a monthly basis for the purpose of the above calculation.  Also, the calculation includes the

5.     Attached to this declaration as Exhibit A is the "payoff letter" from Peoples Bank, dated March 3, 2020, for the loan on the Jackson Property. Per that letter, if the loan were to be paid off on March 13, 2020, the amount due would be $2,891,648.89. If the loan is paid off after March 13, 2020, the amount due will increase based on the daily accrual of additional interest.

6.     Attached to this declaration as Exhibit B is an appraisal of the Jackson Property performed by Robert E Gambill Appraisals. Per that appraisal, Mr. Gambill appraised "the market value for a 100% ownership interest in the [Jackson Property's] fee simple estate assuming no leases, liens, or encumbrances other than normal covenants and restrictions of record" to be "$2,200,000 'As Is.'"

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2020.

Matt Eden
Chief Financial Officer
Elemetal, LLC

entire mortgage payment, which reflects both an interest component and a repayment of principal component, because the decrease in Elemetal and Refining's cash flow is the entire payment, not just the interest component or the principal component.

2

# EXHIBIT A



March 3, 2020

Elemetal Refining LLC
Ohio Precious Metals LLC
16064 Beaver Pike
PO Box 605
Jackson, OH 45640

Re:     Ohio Precious Metals LLC
        Loan Number: 5114006771
        Collateral:  16064 Beaver Pike, Jackson, OH 45640


TO WHOM IT MAY CONCERN:

Pursuant to your request, please be advised that Peoples Bank requires the following funds to payoff the above referenced loan and release any legal documents pertaining thereto:

PAYOFF STATEMENT REQUEST THROUGH **March 13, 2020**:

| | | |
|---|---|---|
| Current Principal | $2,886,514.47 | |
| Interest | 5,058.42 | Daily accrual of $420.95 |
| Release Fee | 76.00 | |
| | ---------------- | |
| Total Payoff | $2,891,648.89 | |

If the funds are not received in this office by 4:00 p.m., another day's interest will need to be added. This payoff figure is subject to verification upon receipt of funds and the party tendering funds shall be responsible for any shortages resulting from clerical error or otherwise.

This statement concerns the account identified by the indicated borrower and address.  It is your responsibility to verify that it is the same account which you requested this information.

These figures are correct provided there is no change in the status of the account due to receipt of payments, reversals of payments or disbursements made by us.  Please call to verify the amounts on the day of closing.  In the event of a shortage of funds, your payment will be applied as a principal reduction and your loan will remain open until the remaining amount due is received.

Regular monthly payments coming due must be paid until we have received the necessary funds to pay the loan in full.  Late charges will be assessed on each delinquent payment.

March 3, 2020
Page 2

Unless otherwise required by state regulations, borrowers will receive satisfied or reconveyed documents within 30 days of our receipt of funds.

**IF THIS PAYOFF WILL RESULT IN AN ADDRESS CHANGE, PLEASE PROVIDE THE FORWARDING ADDRESS TO WHICH ANY DOCUMENTS OR FURTHER CORRESPONDENCE SHOULD BE SENT.**

Any overpayment will be refunded to the borrower, unless otherwise requested.

The payoff check should be made payable to Peoples Bank, and remitted to the following:

> Peoples Bank
> 138 Putnam Street
> Marietta, OH 45750
> ATTN:  Loan Operations Title Group

Federal Wiring Instructions:

| | |
|---|---|
| Bank Name: | Peoples Bank |
| Routing Number: | 044202505 |
| Street Address: | 138 Putnam Street, Marietta, OH 45750 |
| For Benefit Of: | **Ohio Precious Metals LLC** |
| Account #: | ██████████ |

Should you have any questions, please reach out to Loan Operations Department at 800.374.6123.

Sincerely,

*Peggy Lawlis*

Peggy Lawlis
Portfolio Monitoring Analyst
740-687-2901

# EXHIBIT B

# Robert E Gambill Appraisals

3130 Michigan Avenue
Portsmouth, OH  45662
(Bus)  740-357-1347          (Fax)
(Email)  Gambillappraisals@hotmail.com

February 27, 2020

Ms. Lisa Potter
Atomic Credit Union
711 Beaver Creek Road.
Piketon, OH  45661

Re:      16064 Beaver Pike
         Jackson, OH  45640

Dear Ms. Lisa Potter,

At your request, we have inspected and appraised the above real estate.  Our objective was to estimate the market value for a 100% ownership interest in the subject property's fee simple estate assuming no leases, liens, or encumbrances other than normal covenants and restrictions of record.

The subject property consists of a 113 acre m/l square foot parcel(s)  improved with an approximately  50-year old, 159,000 square foot, general-purpose industrial facility with one user spaces.  Located along the  side of Beaver Pike extending to Jisco West Road about Street, about 1/4 mile west of Cherry Street, its common address is 16064 Beaver Pike, Jackson, OH  45640.

All value conclusions are affected by all the information, extraordinary assumptions, hypotheses, limiting conditions, descriptions, and disclosures stated in the attached appraisal report.  After careful consideration of all factors pertaining to and influencing value, the data and analysis thereof firmly supports the following market value(s) for the subject real estate as of February 24, 2020:

$2,200,000 "As Is"
Two MillionTwo Hundred Thousand Dollars "As Is"

Robert E. Gambill

Robert E. Gambill, SRA
Certified General Real Estate Appraiser
OH License 2003019456
License Expiration Date: 9/16/2020

**PREPARED FOR:**
**LISA POTTER**
**VP OF BUSINESS SERVICES**
**ATOMIC CREDIT UNION**

**APPRAISAL REPORT**
**OF  A GENERAL-PURPOSE INDUSTRIAL FACILITY WITH ONE USER SPACES**
**PROPERTY**

**OWNED BY**
**Elemetal Refining, LLC**
**And being purchased by**
**Foremost Management, Inc**
**LOCATED AT**
**16064 Beaver Pike**
**Jackson, OH  45640**

**AS OF**
**February 24, 2020**

**PREPARED BY:**
Robert E. Gambill, SRA, 2003019456
Robert E Gambill Appraisals
3130 Michigan Avenue,
Portsmouth, OH  45662
740-357-1347

| H140010117600 | ELEMETAL REFINING LLC | 0 BEAVER PIKE | 300- .421 ac |
| H140010117700 | ELEMETAL REFINING LLC | 0 JISCO RD | 300 -43.615 ac |
| H140010117800 | ELEMETAL REFINING LLC | 16064 BEAVER PIKE | 340 - 49.625 ac |
| H140010118000 | ELEMETAL REFINING LLC | 0 BEAVER PIKE | 300 - 19.635 ac |
| H140150021000 | ELEMETAL REFINING LLC | 0 BEAVER PIKE | 501 - .073 ac |





# Table of Contents

**Overview** ................................................................................................................................ **1**

   Noteworthy Issues ...................................................................................................................... 1

**Premises** ................................................................................................................................... **2**

   Purpose, Use, and Dates.............................................................................................................. 2
   Professional Standards ................................................................................................................ 2
   Competency ................................................................................................................................. 2
   Standard of Value ........................................................................................................................ 3
   Scope of Work.............................................................................................................................. 4
   Ordinary and Extraordinary Assumptions & Disclosures........................................................... 7
   Hypothetical Conditions ............................................................................................................. 7
   Occasional USPAP Issues............................................................................................................ 7
   Contingent and Limiting Conditions .......................................................................................... 8

**Area Data** .............................................................................................................................. **12**

   Regional Map............................................................................................................................. 12
   Vicinity Map .............................................................................................................................. 13
   Proximity Map............................................................................................................................ 14
      *Adjacent counties*.................................................................................................................16
   Demographics ............................................................................................................................16
   Government ................................................................................................................................17
   Communities ..............................................................................................................................17
      *Cities*...................................................................................................................................17
   Proximity Features......................................................................................................................18
   Nearby Land Uses ......................................................................................................................18

**Subject** ................................................................................................................................. **19**

   Identification of the Property .....................................................................................................19
   Legal Description .......................................................................................................................19
   Sale History ...............................................................................................................................24
   Flood Hazard.............................................................................................................................24
   Flood Map..................................................................................................................................25
   Environmental Risks...................................................................................................................26
   Plat Map.....................................................................................................................................27
   Building Sketch - Floor Plan ......................................................................................................28
   Size Calculations .......................................................................................................................46
   Description of Site ......................................................................................................................46
   Description of Existing Improvements ........................................................................................47
   Real Estate Taxes .......................................................................................................................48
   Zoning........................................................................................................................................48

**Valuation** .............................................................................................................................. **49**

   Highest and Best Use .................................................................................................................49
   Value Introduction .....................................................................................................................49
   Land Value ................................................................................................................................49
   Cost Approach............................................................................................................................49
   Income Approach .......................................................................................................................50
   Sales Comparison Approach ......................................................................................................50
      *Introduction*.........................................................................................................................50

*Market Data* ...................................................................................................................................*51*
*Sales Location Map* ..........................................................................................................................*56*
*Analysis & Conclusions* ....................................................................................................................*57*
*Value Indication* ..............................................................................................................................*58*
Reconciliation ...................................................................................................................................59
Exposure Time ..................................................................................................................................59
Personal Property & Other Value Exclusions ......................................................................................60
Digital Images ..................................................................................................................................60
Appraisal Institute ............................................................................................................................61
Certifications ....................................................................................................................................64



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue**<br>**Portsmouth, OH 45662** | |
| *An appraisal of:* | **A General-Purpose Industrial Facility With One User Spaces** |
| *Located at:* | **16064 Beaver Pike  Jackson, OH  45640** |

# ◆ Overview  • • •

| **Salient Information** | |
|---|---|
| *Property Type* | A general-purpose industrial facility with one user spaces |
| *Real Estate Appraised* | 16064 Beaver Pike<br>Jackson, OH  45640 |
| *County* | Jackson |
| *Estate Valued* | 100% of the Fee Simple Estate |
| *Borrower(s)* | Foremost Management, Inc |
| *Client* | Atomic Credit Union |
| *Client File Number* | None |
| *Effective Value Date* | February 24, 2020 |
| *Report Preparation Date* | February 27, 2020 |
| *Subject's Observation Date* | February 24, 2020 |
| *Final Value Conclusion(s)* | $2,200,000 "As Is"   Two Million Two Hundred Thousand Dollars "As Is" |

## Noteworthy Issues

The subject property consists of a 113 acre m/l square foot parcel(s) improved with an approximately 50-year old, 159,000 square foot, general-purpose industrial facility with one user spaces. Located along the side of Beaver Pike extending to Jisco West Road about Street, about 1/4 mile west of Cherry Street, its common address is 16064 Beaver Pike, Jackson, OH 45640.

No atypical factors significantly affect value. The real estate appraised is generally typical for this type property in this locale. ►There are however, not a tremendous number of similar facilities in the area. . ◄

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| ROBERT GAMBILL<br>APPRAISALS<br>3130 Michigan Avenue<br>Portsmouth, OH 45662 | |
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br>16064 Beaver Pike  Jackson, OH  45640 |



# ♦ Premises • • •

## Purpose, Use, and Dates

The purpose of this appraisal is to estimate the market value for a 100% ownership interest in the subject property's fee simple estate assuming no leases, liens, or encumbrances other than normal covenants and typical restrictions of record.  This appraisal's effective value date is February 24, 2020.  Preparation of this document began on February 27, 2020, the report date.

This report may be used to assist our client, Atomic Credit Union - a lender, in the underwriting of a mortgage loan.  Lisa Potter engaged the appraisal on behalf of our client.  Only the client identified above, and other intended users, if listed in the scope of work section herein, may use this report.  No other use or users are intended.  Other readers may not use, or rely on any portion of this report without the expressed written consent of Robert E Gambill Appraisals.  Unauthorized users of this report do so at their own risk.  No liability is assumed, expressed, or implied by Robert E Gambill Appraisals, or the appraiser(s), for unauthorized use of this report.

## Professional Standards

All leading professional appraisal organizations, the U.S. Congress, all state legislatures, and numerous legal jurisdictions recognize the Uniform Standards of Professional Appraisal Practice (USPAP), promulgated by the Appraisal Foundation.  Revised annually to keep it contemporary, these standards set forth ethical practices and proper procedures for a competent appraisal.  This appraisal fully complies with all relevant portions of the USPAP version in effect on the date this report was prepared.  It also complies with the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA), a federal law.

## Competency

The person(s) signing this report are licensed to appraise real property in the state the subject is located.  I(We) affirm the appraiser(s) have the experience, knowledge, and education to value this type property.  I(We) have previously appraised similar real estate.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **Obert Gambill** APPRAISALS<br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | |
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br> 16064 Beaver Pike  Jackson, OH  45640 |

## Standard of Value

The following definition of market value was taken from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989.  Federal agencies publishing this definition, between July 5, 1990 and August 24,1990, include the Federal Reserve System (FRS) as 12 CFR, parts 208 and 225; the National Credit Union Administration (NCUA); the Federal Deposit Insurance Corporation (FDIC); the Office of Thrift Supervision (OTS); and the Office of the Comptroller of the Currency (OCC) as 12 CFR, part 34, subpart C. This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994 and as updated April 9, 2018; and in the "*Interagency Appraisal and Evaluation Guidelines*", dated October 27, 1994 and updated April 20, 2014.  This same definition is also cited in Advisory Opinion 22 and in the Glossary of the 2018-2019 version of the Uniform Standards of Professional Appraisal Practice (USPAP).

> "*The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:*
>
> 1. *buyer and seller are both typically motivated;*
>
> 2. *both parties are well informed or well advised and acting in what they consider their own best interests;*
>
> 3. *a reasonable time is allowed for exposure in the open market;*
>
> 4. *payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and*
>
> 5. *the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.*"

This definition is also used by many other governmental agencies like Fannie Mae, Freddie Mac, the VA, the FHA, and many legal jurisdictions.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **ROBERT GAMBILL** APPRAISALS **3130 Michigan Avenue Portsmouth, OH  45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Scope of Work

The Uniform Standards of Professional Appraisal Practice (USPAP) defines scope of work as "the amount and type of information researched and the analysis applied in an assignment."  USPAP clearly states the "burden of proof" for the scope of work decision rests solely with the appraiser(s), not the client.  Scope of work includes, but is not limited to, the following:

- ♦ the degree to which the property is inspected or identified;
- ♦ the extent of research into physical or economic factors that could affect the property;
- ♦ the extent of the data research; and
- ♦ the type and extent of analysis applied to arrive at opinions or conclusions.

Before accepting the assignment, the appraiser(s) conversed with the client, or the client's agent.  During the conversation(s), the client made the following statements, or inferences, which have bearing on the scope of work decision.

| | |
|---|---|
| Client's Prior Engagement of Appraisal Services | Numerous |
| Intended Users | Client and Other Similar User Types With Consistent Motivations |
| Jurisdictional Exception(s) Apply | None Used |
| Loan to Value Ratio | Not Applicable |

Evaluation of assignment complexity, by the appraiser(s), in concert with client statements, agreements, and inferences constitute the primary basis for the appraisers' scope of work decision.  Elements of the scope of work decision are below.

| | |
|---|---|
| Assignment Complexity | Somewhat Extreme |
| Report Format | Appraisal report |
| Standard of Value | Market Value |
| Complies With Reporting Requirements Set Forth in USPAP Standard Rule | 2-2(a) |
| Subject Observation | Interior and Exterior |
| Highest and Best Use | Inferred Analysis |
| Data Verification | An indirect method of verification was used to confirm market data cited in this report.  Information was confirmed via an intermediary like a data reporting service, multiple listing service, or another appraiser. |

Data verification affects reliability.  Direct data verification confirms information used in the report with one or more parties who have in-depth knowledge about the property being appraised, or related financial details.  Indirect verification employs information obtained from a secondary source like a data reporting service, a multiple listing service, or another appraiser. Direct verification is generally more time-consuming and costly, but also more reliable.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **Robert Gambill** APPRAISALS  **3130 Michigan Avenue Portsmouth, OH  45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

Data sources included, yet were not limited to the Internet, governmental agencies, demographic service companies, persons involved with the subject or comparables, appraiser files, other real estate professionals, and/or Multiple Listing Services. All information used herein was obtained from seemingly sensible sources. This information was examined for accuracy, is believed reliable, and assumed reasonably accurate. However, no guaranties or warranties for the information are expressed or implied. No liability or responsibility is assumed by the appraiser(s) for any inaccuracy from any seemingly credible information source.

A statement about observation of the subject real estate by the appraiser(s) is listed above. If the subject was observed, this viewing was not as thorough as a professional property inspection. A professional inspector determines the precise physical condition, remaining useful life, and operability of major building components like the structural system, roof cover, electrical system, plumbing, and heating plant. Inspectors typically do not ascertain size of the building, or characteristics of the land. By contrast, an appraiser commonly has concerns about both the land and building. Ordinarily, appraisers do not determine operability, or remaining useful life of building systems. An appraiser typically views, or observes real estate to determine only general attributes like physical condition of the building as a whole, site topography and access, building size, construction quality, floor plan, and functionality of the property as a whole. No probes, investigations, or studies were made to discover unapparent, adverse physical features.

Prior engagement of appraisal services by the client implies a level of awareness about the appraisal process. This awareness may be useful when contemplating an appropriate appraisal development, or level of report detail.

Intended use and intended user(s) should be weighed heavily during the scope of work decision. A single intended user who frequently engages appraisal services is likely very knowledgeable. For this type user, appraisal development and reporting for simple property types might be toward the lower end of the spectrum. By contrast, multiple intended users, especially those with opposing motivations, likely need extensive appraisal development and reporting. Litigation is a prime example when complete appraisal development and detailed reporting is generally warranted.

A loan to value ratio reflects risk. For commercial-grade loans, rates over 75% are generally regarded as risky. If a contemplated loan is viewed as risky, then the level of appraisal development and report detail should be more comprehensive. Similarly, more complex property types generally require more thorough market analysis, subject specific considerations, and more extensive report detail.

Highest and best use analyses can be categorized into two groups - inferred and fundamental. A fundamental analysis is quantified from broad demographic and economic data such as population and income. Supply is inventoried. Subject specific characteristics are considered. Then, the relationship between supply and demand is weighed to determine a specific highest and best use for the subject. An inferred analysis uses trends and patterns to infer a general highest and best use for the subject. Market dynamics that might be considered are prices, marketing times, rents, vacancy, and listings of similar real estate. Subject specific studies were not made during the appraisal development process.

A Jurisdictional Exception is an assignment condition, which voids a portion of USPAP that is contrary to law or public policy. When a Jurisdictional Exception applies, only the contrary portion is void. The remainder of USPAP remains in full force and effect. Jurisdiction Exceptions always shrink USPAP, not expand it

Development of the appraisal included, yet was not limited to, observation of the subject and data verification as stated above, and other steps listed below.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **R**obert **G**ambill<br>APPRAISALS<br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | |
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br> 16064 Beaver Pike  Jackson, OH  45640 |

- ♦  consideration of influential market area, physical, economic, and governmental factors
- ♦  determination of the subject's highest and best use(s), if appropriate
- ♦  development of one or more applicable approaches to value
- ♦  reconciliation of value indications, if appropriate
- ♦  preparation of this report

According to USPAP, all valuation approaches that are applicable to the interest being appraised and necessary to produce credible results must be developed.  The relevance and development of each major approach is listed below.

| | *Applicable &<br>Necessary<br>(Developed)* | *Applicable yet<br>Unnecessary<br>(Omitted)* | *Not<br>Applicable* | *Not Applicable<br>But Included At<br>Client's Request* |
|---|---|---|---|---|
| Cost Approach | | | x | |
| Sales Comparison | x | | | |
| Income Approach | | | x | |

Applicable and necessary approaches were selected for development after consideration of available market data, and the client's intended use.  Any approach deemed applicable but unnecessary constitutes a departure from specific requirements set forth in USPAP Standard Rule 1.  An approach in this category was omitted due to a low degree of accuracy required by our client, and with our client's concurrence.  If the income approach was omitted, leases burdening the subject, if any, were not examined to determine their affect on value.  An approach considered not applicable was omitted because this valuation methodology is not appropriate for the property being appraised, or sufficient data to properly develop the approach was not available.  Any approach judged not applicable, yet included in this report, was developed solely at our client's request.  Data used to develop an approach in this last category is likely to have a low degree of comparability to the subject.  No emphasis was given an approach deemed not applicable but included.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **Robert Gambill** APPRAISALS 3130 Michigan Avenue Portsmouth, OH  45662 | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Ordinary and Extraordinary Assumptions & Disclosures

USPAP defines an Extraordinary Assumption to be *"an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions"*. Extraordinary assumptions presume as fact otherwise uncertain information.  Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends;  or the integrity of data used in an analysis.  In other words, this type assumption <u>involves uncertainty</u> about an underlying premise.

This appraisal has the following ordinary assumptions.

➤ Features of the subject site such as legal description, dimensions, size, etc. were obtained from publicly available sources.  All information taken therefrom is assumed reasonably correct.

➤ Configuration and dimensions of the subject structure was obtained from the Auditors website.  Other details of the improvements including yet not limited to floor plan, construction materials, and physical condition were obtained from the appraiser(s) personal observations.  All this information is assumed reasonably correct.

➤ Observation of the subject property was restricted to the entire site, some of the roof (as visible from the ground), some exterior walls (as visible from the ground),   Unseen spaces are assumed to have physical condition similar to that in observed spaces.  It is further assumed the subject has no hidden defects.  No probes or attempts to remove materials to discover unapparent defects were made by the appraiser(s).

➤ Real estate tax information for the subject was obtained from the County Auditor.  Other historical income and expense information contained in this report was provided by the borrower.  All information cited from these sources is assumed reasonably correct.  Moreover, this information is assumed the most recent that is readily available to the public.  Lessees verified their rental rates for some of the subject's occupant spaces

➤ A recently issued title policy was not provided to the appraisers.  Therefore, this appraisal does not address issues that affect value and are listed in the title policy, but are unknown to us.

There are no extraordinary assumptions

## Hypothetical Conditions

USPAP defines a hypothetical condition as *"a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis"* Hypothetical conditions assume conditions that are contrary to known fact.  An illustration is the current valuation of a proposed home.  For the purpose of a rational analysis, it is assumed the home exists on the effective value date, but it is known the home is nonexistent.  Another example is a new zoning classification, that a property does not have today, but the new zoning is assumed for the purpose of a logical current valuation.  Uncertainty is not involved with a hypothetical condition.  An essential premise underlying the valuation is known not to exist on the date of value.

## Occasional USPAP Issues

| | *Not Applicable* | *Detailed Herein* |
|---|---|---|
| Value effect of assemblage | x | |
| Value effect of expected off-site public or private improvements | x | |

| ![Robert Gambill Appraisals logo]<br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br>16064 Beaver Pike  Jackson, OH  45640 |

## Contingent and Limiting Conditions          (Page 1 of 4)

1.  By this notice, all persons and firms using or relying on this report in any manner bind themselves to accept these contingent and limiting conditions, and all other contingent and limiting conditions contained elsewhere in this report. **Do not use any portion of this report unless you fully accept all contingent and limiting conditions contained throughout this document**.

2.  Throughout this report, the singular term "Appraiser" also refers to the plural term "Appraisers."  The terms "Appraiser" and "Appraisers" refer collectively to "Robert E Gambill Appraisals", its officers, employees, contractors, and associate appraisers.  The masculine terms "he" or "his" also refer to the feminine term "she" or "her."

3.  No portion of this report may be published or reproduced without the prior written consent of the appraiser.  These conditions are an integral part of this appraisal report, and are a preface to any certification, definition, description, fact, or analysis.  Moreover, these conditions are intended to establish as a matter of record that the purpose of this report is to provide a value estimate for the subject property.

4.  The liability of the Appraisers is limited solely to the client.  There is no accountability, obligation, or liability to any other third party.  The Appraisers' maximum liability relating to services rendered under this engagement (regardless of form of action, whether in contract, negligence or otherwise) is limited to monies paid to Robert E Gambill Appraisals for that portion of their services, or work product giving rise to liability.  In no event shall the Appraisers be liable for consequential, special, incidental or punitive loss, damage or expense (including without limitation, lost profits, opportunity costs, etc.) even if advised of their possible existence.  If this report is placed in the hands of anyone other than the client, the client shall make such party aware of all contingent and limiting conditions, assumptions, discloses, and related discussions.  Use of this report by third parties shall be solely at the risk of the third party.

5.  Any value estimate herein is based on observations of the subject by the appraiser(s), a gathering of market information, and an analysis of the gathered information as of the effective value date.  Information about the subject property, neighborhood, comparables, or other topics discussed in this report was obtained from sensible sources.  In accordance with the extent of research disclosed in the Scope of Work section, all information cited herein was examined for accuracy, is believed to be reliable, and is assumed reasonably accurate.  However, no guaranties or warranties are made for this information.  No liability or responsibility is assumed for any inaccuracy which is outside the control of the Appraiser, beyond the scope of work, or outside reasonable due diligence of the Appraiser.

6.  Real estate values are affected by many factors.  Therefore, any value opinion herein is considered most credible on the effective value date.  Every day that passes thereafter, the degree of credibility wanes as the subject changes physically, the economy changes, or market conditions change.  The Appraisers reserve the right to amend these analyses and/or the value conclusion(s) contained within this appraisal report if erroneous, or more factual-information is subsequently discovered.  No guarantee is made for the accuracy of estimates or opinions furnished by others and contained in this report.

7.  This appraisal is not an engineering, construction, legal, or architectural study.  It is not an examination or survey of any kind.  Expertise in these areas is not implied.  The Appraisers are in no way responsible for any costs incurred to discover, or correct any deficiency in the property.  In the case of limited partnerships, syndication offerings, or stock offerings in the real estate, the client agrees that in case of lawsuit (brought by the lender, partner, or part owner in any form of ownership, tenant, or any other party), the client will hold Robert E Gambill Appraisals, its officers, contractors, employees and associate appraisers completely harmless.  Acceptance of, and/or use of this report by the client, or any third party is prima facie evidence that the user understands, and agrees to all these conditions.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **ROBERT GAMBILL** APPRAISALS **3130 Michigan Avenue Portsmouth, OH 45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH 45640 |

## Contingent and Limiting Conditions          (Page 2 of 4)

8.  Unless specifically stated herein, the appraisers are unaware of any engineering study made to determine the bearing capacity of the subject land, or nearby lands.  Improvements in the vicinity, if any, appear to be structurally sound.  It is assumed soil and subsoil conditions are stable and free from features, which would cause supernormal costs to arise.  It is also assumed existing soil conditions of the subject land have proper load bearing qualities to support the existing improvements, or proposed improvements appropriate for the site.  No investigations for potential seismic hazards were made.  This appraisal assumes there are no conditions of the site, subsoil, or structures, whether latent, patent, or concealed that would render the subject property less valuable.  Unless specifically stated otherwise in this document, no earthquake compliance report, engineering report, flood zone analysis, hazardous waste, or asbestos analysis was made, or ordered in conjunction with this appraisal report.  The client is strongly urged to retain experts in these fields, if so desired.

9.  For appraisals of multifamily property, only a portion of all dwellings was observed.  A typical ratio of observed dwellings roughly approximates 20% of the total number of units, and this ratio declines as the number of dwellings grows.  It is assumed, in reaching a value conclusion, that the functionality, condition, and finish of the remaining units are similar to the functionality, condition, and finish of the observed units.  If unobserved dwellings significantly differ from those that were viewed in functionality, condition, or finish, the Appraisers reserve the right to amend the analysis and/or value conclusion(s).

10.  The physical condition of the improvements described herein was based only on visual observation.  Electric, heating, cooling, plumbing, water supply, sewer or septic, mechanical equipment, and other systems were not tested.  No determinations were made regarding the operability, capacity, or remaining physical life of any component in, on, or under the real estate appraised.  All building components are assumed adequate and in good working order unless stated otherwise.  Private water wells and private septic systems are assumed sufficient to comply with federal, state, or local health safety standards.  No liability is assumed for the soundness of structural members since structural elements were not tested or studied to determine their structural integrity.  The roof(s) of the structure is (structures are) assumed water tight unless otherwise noted.  Comments regarding physical condition are included to familiarize the reader with the property.  This document is not an engineering or architectural report.  If the client has any concern regarding structural, mechanical or protective components of the improvements, or the adequacy or quality of sewer, water or other utilities, it is suggested experts in these disciplines be retained before relying upon this report.  No representations are made herein as to these matters unless specifically stated otherwise in this report.

11.  No liability is assumed for matters of legal nature that affect the value of the subject property.  Unless a clear statement to the contrary is made in this report, value estimate(s) herein are predicated upon the following assumptions. (A) The real property is appraised as though, and assumed free from all value impairments including yet not limited to title defects, liens, encumbrances, title claims, boundary discrepancies, encroachments, adverse easements, environmental hazards, pest infestation, adverse leases, and atypical physical deficiencies. (B) All real estate taxes and assessments, of any type, are assumed fully paid. (C) The property being appraised is assumed held under responsible and lawful ownership. (D) It is assumed the subject property is operated under competent and informed management. (E) The subject property was appraised as though, and assumed free of indebtedness. (F) The subject real estate is assumed fully compliant with all applicable federal, state, and local environmental regulations and laws. (G) The subject is assumed fully compliant with all applicable zoning ordinances, building codes, use regulations, and restrictions of all types. (H) All licenses, consents, permits, or other documentation required by any relevant legislative or governmental authority, private entity, or organization have been obtained, or can be easily renewed for a nominal fee.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **Robert Gambill** APPRAISALS **3130 Michigan Avenue Portsmouth, OH 45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Contingent and Limiting Conditions        (Page 3 of 4)

12. If this appraisal values an interest that is less than the whole fee simple estate, then the following limitations apply. The final value estimate pertains only to the fractional interest that constitutes the real property appraised. Moreover, the value of the fractional interest appraised plus the value of all other complementary fractional interests may or may not equal the value of the entire fee simple estate.

13. An appraised property that is a physical portion of a larger parcel or tract is subject to the following limitations. The value estimate for the property appraised pertains only to that portion defined as the subject. This value estimate should not be construed as applying with equal validity to other complementary portions of a larger parcel or tract. The value estimate for the physical portion appraised plus the value of all other complementary physical portions may or may not equal the value of the whole parcel or tract.

14. The allocation of value between the subject's land and improvements, if any, represents our judgment only under the existing use of the property. A re-evaluation should be made if the improvements are removed, substantially altered, or the land is utilized for another purpose.

15. The Appraisers assume a prospective purchaser of the subject is aware of the following. (A) This appraisal of the subject property does not serve as a warranty on the condition of the property. (B) It is the responsibility of the purchaser to examine the property carefully, and to take all necessary precautions before signing a purchase contract. (C) Any estimate for repairs is a non-warranted opinion of the appraiser.

16. If this appraisal values the subject as though construction, repairs, alterations, remodeling, renovation, or rehabilitation will be completed, it is assumed such work will be completed in a timely fashion, using non-defective materials, and proper workmanship. All completed work is assumed to substantially conform to plans, specifications, descriptions, or attachments made or referred to herein. It is also assumed all planned, in-progress, or recently completed construction complies with the zoning ordinance, and all applicable building codes. In a prospective valuation, it is understood and agreed the Appraiser is not responsible for the impact on value, caused by unforeseeable events, before completion of the project.

17. Any exhibits in the report are intended to assist the reader in visualizing the subject property and its surroundings. The drawings are not surveys unless specifically identified as such. No responsibility is assumed for cartographic accuracy. Drawings are not intended to be exact in size, scale, or detail.

18. Value estimates involve only real estate, and inconsequential personal property. Value conclusions do not include personal property, unaffixed equipment, trade fixtures, business good will, chattel, or franchise items of material worth unless specifically stated otherwise.

19. Conversion of the subject's income into a market value estimate is based upon typical financing terms that were readily available from a disinterested, third party lender on this report's effective date. Atypical financing terms and conditions do not influence market value, but may affect investment value.

20. All information and comments concerning the location, neighborhood, trends, construction quality, construction costs, value loss, physical condition, rents or other data for the subject represent estimates and opinions of the Appraisers formed after an observation of the property. Expenses shown in the Income Approach, if used, are estimates only. They are based on past operating history, if available, and are stabilized as generally typical over a reasonable period.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Contingent and Limiting Conditions          (Page 4 of 4)

21.   Robert E Gambill Appraisals and the appraisers have no expertise in the field of insect, termite, or pest infestation.  We are **not** qualified to detect the presence of these or any other unfavorable infestation.  The appraisers have no knowledge of the existence of any infestation on, under, above, or within the subject real estate.  No overt evidence of infestation is apparent to the untrained eye.  However, we have not specifically inspected or tested the subject property to determine the presence of any infestation.  No effort was made to dismantle or probe the structure.  No effort was exerted to observe enclosed, encased, or otherwise concealed evidence of infestation.  The presence of any infestation would likely diminish the property's value.  The value estimate in this communication assumes there is no infestation of any type affecting the subject real estate.  No responsibility is assumed by the appraisers or Robert E Gambill Appraisals for any infestation or for any expertise required to discover any infestation.  Our client is urged to retain an expert in this field, if desired.

22.   Effective January 26, 1992, the Americans with Disabilities Act (ADA) - a national law, affects all non-residential real estate or the portion of any property, which is non-residential.  The appraisers have not observed the subject property to determine whether the subject conforms to the requirements of the ADA.  It is possible a compliance survey, together with a detailed analysis of ADA requirements, could reveal the subject is not fully compliant.  If such a determination was made, the subject's value may or may not be adversely affected.  Since the appraisers have no direct evidence, or knowledge pertaining to the subject's compliance or lack of compliance, this appraisal does **not** consider possible noncompliance or its affect on the subject's value.

23.   The appraiser is not required to give testimony or appear in court because of having prepared this report unless arrangements have been previously made.  If the appraiser is subpoenaed pursuant to court order, the client agrees to compensate the Appraisers for their court appearance time, court preparation time, and travel time at their regular hourly rate, then in effect, plus expenses.  In the event the real property appraised is, or becomes the subject of litigation, a condemnation, or other legal proceeding, it is assumed the Appraisers will be given reasonable advanced notice, and reasonable additional time for court preparation.

24.   All opinions are those of the signatory appraisers based on the information in this report.  We assume no responsibility for changes in market conditions, or for the inability of the client, or any other party to achieve their desired results based upon the appraised value.  Some of the assumptions or projections made herein can vary depending upon evolving events.  We realize some assumptions may never occur and unexpected events or circumstances may occur.  Therefore, actual results achieved during the projection period may vary from those set forth in this report.  Compensation for appraisal services is dependent solely on the delivery of this report, and no other event or occurrence.

25.   A signatory of this report may be a member, associate of candidate of the Appraisal Institute.  If so, the Bylaws and Regulations of the Institute require each member, associate, and candidate to control the use and distribution of each report signed by such member, associate, or candidate.  Therefore, our client may distribute copies of this report, **in its entirety**, to anyone.  However, neither all or any part of this report shall be disseminated to the general public by the use of advertising media, public relations media, news media, sales media, electronic devices, or other media without the prior written consent of Robert E Gambill Appraisals.  This restriction applies particularly as to the valuation conclusions, the identity of the Appraisers, any reference to the Appraisal Institute, or to the MAI, SRPA, or SRA designations.



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue Portsmouth, OH 45662** | |
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |

# ♦   Area Data  • • •

**Regional Map**





| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue** **Portsmouth, OH 45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH 45640 |

## Vicinity Map



| | This Report Prepared for: Atomic Credit Union |
|---|---|
| ROBERT GAMBILL APPRAISALS **3130 Michigan Avenue Portsmouth, OH 45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Proximity Map



| | |
|---|---|
| **ROBERT GAMBILL** APPRAISALS<br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | **This Report Prepared for: Atomic Credit Union** |
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br> 16064 Beaver Pike  Jackson, OH  45640 |

## Jackson County, Ohio



Location in the state of Ohio

Ohio's location in the U.S.

| | |
|---|---|
| **Founded** | March 1, 1816[1] |
| **Named for** | Andrew Jackson |
| **Seat** | Jackson |
| **Largest city** | Jackson |
| **Area**<br> - Total<br> - Land<br> - Water | <br>421.53 sq mi (1,092 km²)<br>420.30 sq mi (1,089 km²)<br>1.23 sq mi (3 km²), 0.29% |
| **Population**<br> - (**2010**)<br> - Density | <br>33,225<br>79.0/sq mi (31/km²) |
| **Time zone** | Eastern: UTC-5/-4 |
| **Website** | jacksoncountygovernment.org |

**Jackson County** is a county located in the state of Ohio, United States. According to the 2010 census, it has a population of 33,225, which is an increase of 1.8% from 32,641 in 2000.[2] Its county seat is Jackson[3] and is named for Andrew Jackson, a hero of the War of 1812 who was subsequently elected President

| ROBERT GAMBILL<br>APPRAISALS<br>3130 Michigan Avenue<br>Portsmouth, OH 45662 | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

According to the 2010 census, the county has a total area of 421.53 square miles (1,091.8 km$^2$), of which 420.30 square miles (1,088.6 km$^2$) (or 99.71%) is land and 1.23 square miles (3.2 km$^2$) (or 0.29%) is water.[ ]

*Adjacent counties*

- Vinton County (north)
- Gallia County (east)
- Lawrence County (south)
- Scioto County (southwest)
- Pike County (west)
- Ross County (northwest)

**Demographics**

| **Historical population** | | |
|---|---|---|
| **Census** | **Pop.** | **%±** |
| **1950** | 27,767 | 2.8% |
| **1960** | 29,372 | 5.8% |
| **1970** | 27,174 | −7.5% |
| **1980** | 30,592 | 12.6% |
| **1990** | 30,230 | −1.2% |
| **2000** | 32,641 | 8.0% |
| **2010** | 33,225 | 1.8% |
| **Est. 2013** | 32,783 | −1.3% |

U.S. Decennial Census[7]
1790-1960[8] 1900-1990[9]
1990-2000[10] 2010-2013[2]

As of the census[11] of 2010, there were 33.225 people, 12,619 households, and 9,136 families residing in the county. The population density was 78 people per square mile (30/km²). There were 13,909 housing units at an average density of 33 per square mile (13/km²). The racial makeup of the county was 97.89% White, 0.59% Black or African American, 0.34% Native American, 0.17% Asian, 0.02% Pacific Islander, 0.16% from other



| <br>**3130 Michigan Avenue**<br>**Portsmouth, OH 45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br>16064 Beaver Pike  Jackson, OH  45640 |

races, and 0.82% from two or more races. 0.60% of the population were Hispanic or Latino of any race. In 2010 16.5% were of German, 12.9% American, 11.3% Irish, 10.4% English, 5.2% Welsh, 2.4% Scottish, and 1.6% Ulster Scot.

There were 12,619 households out of which 34.5% had children under the age of 18 living with them, 55.4% were married couples living together, 12.0% had a female householder with no husband present, and 27.6% were non-families. 24.0% of all households were made up of individuals and 10.5% had someone living alone who was 65 years of age or older. The average household size was 2.55 and the average family size was 3.00.In the county, the population was spread out with 26.0% under the age of 18, 8.7% from 18 to 24, 28.7% from 25 to 44, 23.0% from 45 to 64, and 13.6% who were 65 years of age or older. The median age was 36 years. For every 100 females there were 93.2 males. For every 100 females age 18 and over, there were 89.9 males.The median income for a household in the county was $30,661, and the median income for a family was $36,022. Males had a median income of $30,651 versus $21,546 for females. The per capita income for the county was $14,789. About 13.6% of families and 16.5% of the population were below the poverty line, including 20.3% of those under age 18 and 16.1% of those age 65 or over.

**Government**

Jackson County has a three-member Board of County Commissioners that administers and oversees the various County departments, similar to all but two of the 88 Ohio counties.

**Communities**



Map of Jackson County, Ohio with Municipal and Township Labels
*Cities*

- Jackson (county seat)

| ROBERT GAMBILL APPRAISALS 3130 Michigan Avenue Portsmouth, OH 45662 | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Proximity Features

| | | | |
|---|---|---|---|
| Location | Rural | Expressway Access | Adjacent to |
| Land Use Change | Not Likely | Employment Centers | Nearby |
| Expected Changes in Economic Base | None | Financing Availability | Ample |
| Protection From Adverse Conditions | Average | Vacancy | Stable |
| Police & Fire Protection | Average | Property Compatibility | Average |
| Demand for Real Estate Like Subject | Adequate | Rental Demand | Adequate |
| Potential Additional Supply Like Subject | Minimal Potential | Rent Controls | None |
| Bldg Age Range (Excluding Extremes) | 5 to 100 Years | Value Trend | Stable |
| Oversupply of Property Like Subject | None | Sale Concessions | Not Prevalent |
| General Appearance of Properties | Average | Appeal to Market | Average |

## Nearby Land Uses

| | | | |
|---|---|---|---|
| Single-Family | 30% | Industrial | 10% |
| Multifamily | 10% | Institutional | 05% |
| Condominiums | 00% | Public Use | 10% |
| Retail | 10% | General commercial | 20% |
| Office | 05% | | |



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| 3130 Michigan Avenue<br>Portsmouth, OH 45662 | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

# ♦  Subject  • • •

## Identification of the Property

The subject property consists of a 113 acre m/l square foot parcel(s) improved with an approximately 50-year old, 159,000 square foot, general-purpose industrial facility with one user spaces. Located along the side of Beaver Pike extending to Jisco West Road about Street, about 1/4 mile west of Cherry Street, its common address is 16064 Beaver Pike, Jackson, OH 45640.

## Legal Description

A professional surveyor and/or legal counsel should verify the following legal description before relying upon, or using it as part of any conveyance, or any other document.

| ROBERT GAMBILL<br>APPRAISALS<br>3130 Michigan Avenue<br>Portsmouth, OH 45662 | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH 45640 |

## EXHIBIT "A"

### LEGAL DESCRIPTION

Being part of S.S.R. Lot 49, Lot 74, Lot 75 and Lot 76, Township 7 North, Range 18 West. Also being all of Parcel No. 1 of 6.14 acres, all of Parcel No. 2 of 6.94 acres, all of Parcel No. 3 of 3.00 acres & all of Parcel No. 4 of 13.419 acres conveyed to Stockmeister Mushroom Farm, Inc. by A.J. Stockmeister and Bernadine Stockmeister on August 18, 1972 and recorded in Deed Book 208 at Page 507 of the records of the Jackson County Recorder. Also being all of Tract No. 1 of 15.996 acres in S.S.R. Lot 75 & Lot 76 conveyed to Stockmeister Mushroom Farm, Inc. by A.J. Stockmeister, Inc. on September 13, 1977 and recorded in Deed Book 228 at Page 821 of the records of the Jackson County Recorder. Also being all of the West part of 43.615 acres in S.S.R. Lot 76, 0.421 acres in S.S.R. Lot 49, all of the East part of 6.626 acres in S.S.R. Lot 75 and 18.336 acres in S.S.R. Lot 76 conveyed to Stockmeister Mushroom Farm, Inc. by Paul Shoemaker and Judy Shoemaker on September 13, 1977 and recorded in Deed Book 228 at Page 817 and being a new description for the Ohio Precious Metals, LLC tract as recorded in Official Record 38 at Page 610 of the records of the Jackson County Recorder and being more particularly described as follows.

### WEST PART

Beginning at a 1" iron pin found on the westerly line of S.S.R. Lot 76 located North 03° 59' 26" East, a distance of 23.51 feet from the centerline of T.R. 242, thence North 03° 59' 26" East, along the westerly line of S.S.R. Lot 76, a distance of 2633.76 feet to an iron pin set marking the northwest corner of S.S.R. Lot 76;

Thence North 03° 44' 26" East, along the West line of S.S.R. Lot 49, a total distance of 226.09 feet to a point 25 feet south of the centerline of C.R. 76, passing an iron pin set for reference on the southerly right of way line C.R. 76 at a distance of 220.18 feet;

Thence South 53° 58' 24" East, 25 feet south of and parallel with the centerline of C.R. 76, a distance of 11.54 feet to the westerly line of the Jackson County Commissioners tract (formerly DT & I JISCO Switch) as recorded in Official Record 42 at Page 1789;

Thence South 31° 45' 52" East, along the westerly line of the Jackson County Commissioners tract, a total distance of 1002.39 feet to an iron pin set, passing an iron pin set on the southerly right of way line of C.R. 76 at 13.24 feet and passing into S.S.R. Lot 76 at a distance of 272.54 feet;

Thence continuing along the westerly line of Jackson County Commissioners tract, following a curve to the right, having a radius of 1612.02 feet, an arc length of 1241.13 feet, and a chord bearing of South 09° 42' 28" East, a chord distance of 1210.70 feet to a 3/4" rebar found;

| | This Report Prepared for: Atomic Credit Union |
|---|---|
| ROBERT GAMBILL<br>APPRAISALS<br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

Thence South 12° 20' 57" West, continuing along the westerly line of Jackson County Commissioners m tract, a distance of 887.68 feet to a 3/4" rebar found 5.00 feet south of the northerly right of way line of T.R. 242;

Thence North 84° 55' 29" West, distance of 752.31 feet to the point of beginning.

Containing 44.107 acres, of which 0.448 acres being all Auditor's Parcel #H14-001-01-176-00 and 43.659 acres being all of Auditor's Parcel #H14-001-01-177-00.

### EAST PART

Beginning at a 1" iron pin found on the westerly line of S.S.R. Lot 76 located North 03° 59' 26" East, a distance of 23.51 feet from the centerline of T.R. 242, thence South 84° 55' 29" East, a distance of 802.72 feet to a 5/8" rebar with id. cap stamped Dale Exline PS 6722, found 25 feet north of the centerline of C.R. 82 on the easterly line of the Jackson County Commissioners tract (formerly the D.T.& I. JISCO Switch) as recorded in Official Record 42 at Page 1789, said rebar marking the TRUE POINT OF BEGINNING of the following described tract.

Thence North 12° 20' 57" East, along the easterly line of the Jackson County Commissioners tract, a distance of 881.30 feet to an iron pin set;

Thence continuing along the easterly line of the Jackson County Commissioners tract, following a curve to the left, having a radius of 1662.02 feet, an arc length of 907.05 feet, a bearing of North 03° 17' 09" West, a chord distance of 895.83 feet to an iron pin set;

Thence South 53° 58' 58" East, along the southwesterly line of the Benjamin Adams' tract, as recorded in Deed Book 219 at Page 765, a distance of 97.30 feet to a 3/4" rebar found;

Thence North 36° 01' 02" East, along the southeasterly line of said Adams's tract, a distance of 518.46 feet to a point 25 feet from the centerline of C.R. 76 and being located South 36° 01' 02" West, a distance of 0.37 feet from a 3/4" rebar found;

Thence along a line 25 feet south of and parallel with the centerline of C.R. 76, following a curve to the left, having a radius of 1934.86 feet, an arc length of 880.67 feet and a chord bearing of South 72° 08' 03" East, a chord distance of 873.09 feet to an iron pin set;

Thence South 85° 10' 24" East, continuing on a line 25 feet south of and parallel with the centerline of C.R. 76, a distance of 693.06 feet to a point;

Thence South 04° 02' 49" West, along the westerly line of the Parkview III Subdivision as recorded in Plat Book 4 at Page 152, a distance of 749.76 feet to an iron pin set, passing an iron pin set for reference on the southerly right of way line of C.R. 76 at distance of 5.00 feet;

Thence North 85° 10' 41" West, continuing along the westerly line of the Parkview III Subdivision, a distance of 417.00 feet to an iron pin set;

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| ROBERT GAMBILL<br>APPRAISALS<br>3130 Michigan Avenue<br>Portsmouth, OH  45662 | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

Thence South 03° 44' 19" West, continuing along the westerly line the Parkview III Subdivision, a distance of 553.03 feet to a 3/4" rebar found at the northeast corner of Rodney L. Smith's tract as recorded in Deed Book 277 at Page 437A;

Thence North 85° 16' 01" West, along the northerly line of said Smith's tract, a distance of 138.00 feet to an iron pin set;

Thence South 03° 44' 19" West, along the westerly line of said Smith's tract, a distance of 659.88 feet to an iron pin set 25 feet north of the centerline of C.R. 82;

Thence North 84° 55' 29" West, a distance of 1362.59 feet to the point of beginning.

Containing 69.462 acres, being all of Auditor's Parcel #H14-001-01-178-00.

### PART IN SCIOTO SALT RESERVE LOT 74

The following described tract being located in the City of Jackson, Jackson County, Ohio and being part of S.S.R. Lot 74.

Beginning at a 5/8" rebar with id. cap stamped Dale Exline PS 6722 found at the southwest corner of Lot 45 of Parkview II Subdivision as recorded in Plat Book 4 at Page 152.

Thence South 85° 21' 17" East, along the southerly line of Lot 45 and Lot 44, a distance of 120.03 feet to a 5/8" rebar with id. cap Dale Exline PS 6722 found;

Thence South 49° 38' 01" West, a distance of 42.42 feet to an iron pin set at the northwest corner of Lot 41;

Thence North 85° 21' 17" West, along a line of the Jackson Grandview Builders' tract as recorded in Official Record 35 at Page 531, a distance of 89.86 feet to an iron pin set;

Thence North 04° 17' 38" East, continuing along an easterly line of the Jackson Grandview Builders' tract, a distance of 30.00 feet to the point of beginning.

Containing 0.072 acres, being all of Auditor's Parcel #H14-015-00-210-00.

Containing 113.641 acres total, being all of Auditor's Parcel #H14-001-01-176-00, #H14-001-01-177-00, #H14-00 1-00-178-00 and #H14-0 15-00-210-00.

Being more particularly described and delineated an 36" x 48" plat (drawing # 10071A01) attached hereto and made a part hereof. This description is valid only if the plat is attached and recorded with the description as a complete document in its original form and not retyped or altered in any way.

Bearings are based on Ohio Precious Metals, LLC deed as recorded in Official Record 38 at Page 610.

All iron pin set are 5/8" rebar (30" long) with id. cap set stamped "Dana Exline 7060".

| <br>**3130 Michigan Avenue**<br>**Portsmouth, OH 45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |

The above description was prepared from an actual field survey completed in September of 2010 by Dana A. Exline, Ohio Professional Surveyor #7060.

Subject to all easements and/or encumbrances.



Dana A. Exline
Professional Surveyor #7060
State of Ohio
Date: 9/15/10

| H140010117600 | ELEMETAL REFINING LLC | 0 BEAVER PIKE | 300- .421 ac |
|---|---|---|---|
| H140010117700 | ELEMETAL REFINING LLC | 0 JISCO RD | 300 -43.615 ac |
| H140010117800 | ELEMETAL REFINING LLC | 16064 BEAVER PIKE | 340 - 49.625 ac |
| H140010118000 | ELEMETAL REFINING LLC | 0 BEAVER PIKE | 300 - 19.635 ac |
| H140150021000 | ELEMETAL REFINING LLC | 0 BEAVER PIKE | 501 - .073 ac |

**There are five parcels listed.  I did not see a direct reference to parcel H14001011800 in the above legal description.  However, the total is indicated to be about 113 acres in the legal and the above totals 113 acres.  So it is advised to confirm from the actual survey that all these parcels are included.**



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| ROBERT GAMBILL<br>APPRAISALS<br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | |
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br> 16064 Beaver Pike  Jackson, OH  45640 |

## Sale History

According to our client, a purchase agreement is now pending for the subject real estate at a $2,200,000 sale price (real estate only).  This agreement lists the buyer as Foremost Management, Inc. and the seller as Elemetal Refining, LLC  The contract price is within a reasonable market value range.  To the best of our knowledge, the agreement does not include sub-market seller financing or material personal property.  No significant seller concessions, rebates, credits, or discounts are involved. There is no evidence that the property has been publicly marketed.

| Subject's Current Ownership | |
|---|---|
| *Owner* | *Information Source* |
| Elemetal Refining, LLC | Public records |

Closed prior sales of the subject and prior expired listings, if any, during the three-year period preceding this report's effective value date are itemized below.

| Closed Prior Sales of Subject | | | | |
|---|---|---|---|---|
| *Sale Date* | *Sale Price* | *Seller* | *Buyer* | *Conditions of Sale* |
| 6-12-2017 | $0 | Ohio Precious Metals, LLC | Elemetal Refining, LLC | Reportedly not an arms length transaction |
| | | | | No prior sales |

| Expired Prior Listings | | |
|---|---|---|
| *Time Period* | *List Price* | *Comments* |
| None | | |
| | | |

## Flood Hazard

According to the appropriate Federal Emergency Management Agency (FEMA) flood map, which is identified below, the subject property is not located in a zone "A" special flood hazard.

| | |
|---|---|
| Flood Map Number | 390292 0145K |
| Flood Map Date | December 18, 2009 |
| Flood Zone | X |

Flood Maps published by FEMA are not precise.  If anyone desires a precise determination of the subject's flood hazard classification, a professional engineer, licensed surveyor, or local governmental authority should make an exact determination.



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Flood Map



**Flood Map Legends**

Flood Zones

- Areas inundated by 500-year flooding
- Areas outside of the 100 and 500  year flood plains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazard
- Areas not mapped on any published FIRM

**Flood Zone Determination**

| | | |
|---|---|---|
| SFHA (Flood Zone): | Out | |
| Within 250 ft. of multiple flood zones? | Not within 250 feet | |
| Community: | 390292 | |
| Community Name: | JACKSON, CITY OF | |
| Zone:  X    Panel: 390292 0145K    Panel Date: | | 12/18/2009 |
| FIPS Code:  39079    Census Tract: | | 9575.00 |

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY, OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| ROBERT GAMBILL APPRAISALS<br>**3130 Michigan Avenue<br>Portsmouth, OH  45662** | |
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br> 16064 Beaver Pike  Jackson, OH  45640 |

## Environmental Risks

Visually apparent signs of unknown substances or environmental hazards observed by the appraiser(s) at the time the subject property was inspected:

NONE

Robert E Gambill Appraisals and the appraisers are not experts in the identification or detection of environmental hazards. We are **not** qualified to detect the presence of any harmful substances or gases.  Unless specifically stated to the contrary, the appraisers have no knowledge about the existence of any environmental hazard on, under, above, or within the subject real estate.  No overt evidence of any environmental hazard is apparent to the untrained eye.  However, we have not specifically inspected the subject property to determine the presence of any environmental hazard.  No effort was made to dismantle or probe the structure to observe enclosed, encased, or otherwise concealed elements for environmental hazards including but not limited to:

| | |
|---|---|
| *Potential for friable asbestos* | *Use of urea-formaldehyde insulation* |
| *Underground storage tanks* | *Settlement or soil subsidence* |
| *Flaking and potentially lead based paint* | *Fire resistant treated plywood (FRTP)* |
| *Radon* | *PCB* |
| *Toxic mold* | *Asbestos* |
| *Evidence of chemical spills or soil contamination* | *Nearby off-site uses that pose a hazard* |

Flood hazards conditions are detailed elsewhere in this appraisal.  Except as enumerated herein, the appraiser(s) were not given the results of any environmental testing on or near the subject property, if any.  Neither the inspection nor other normal research suggested any apparent presence of hazardous substances or detrimental environmental conditions.

The presence of any hazard would likely diminish the subject's value.  The value estimate in this report assumes there is no hazard of any type affecting the subject real estate.  No responsibility is assumed by the appraisers or Robert E Gambill Appraisals for any hazard, or for any expertise required to discover any environmental hazard.  Our client is urged to retain an expert in this field, if desired.

| ROBERT GAMBILL | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| APPRAISALS<br>**3130 Michigan Avenue**<br>**Portsmouth, OH 45662** | |
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |

## Plat Map





| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue** **Portsmouth, OH  45662** | |
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |

## Building Sketch - Floor Plan

Below is a sketch provided by the buyer showing the basic floor plan.  Following it are the sketches from the County Auditor.



e



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| ROBERT GAMBILL<br>A P P R A I S A L S<br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | |
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |





| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | |
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |

Sketch



Sketch Labels





**This Report Prepared for: Atomic Credit Union**

**3130 Michigan Avenue**
**Portsmouth, OH  45662**

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
| Located at: | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject    (Page 1 of 15)



FRONT OF
SUBJECT PROPERTY
16064 Beaver Pike
Jackson, OH 45640-9659



REAR OF
SUBJECT PROPERTY



STREET SCENE



**3130 Michigan Avenue**
**Portsmouth, OH 45662**

**This Report Prepared for: Atomic Credit Union**

| | |
|---|---|
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |

---

## Photographs of Subject    (Page 2 of 15)

Exterior views of the site









west side view




Ample paved parking



---



**3130 Michigan Avenue
Portsmouth, OH 45662**

**This Report Prepared for: Atomic Credit Union**

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
| Located at: | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject  (Page 3 of 15)



additional west view



additional west



storage building



rear open storage areas



outside storage areas





**This Report Prepared for: Atomic Credit Union**

**3130 Michigan Avenue**
**Portsmouth, OH  45662**

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
| Located at: | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject    (Page 4 of 15)



east side



additional east



east



storage garage



rail road tracks are adjacent



part of the property is across the tracks.  parcel
H140010117700



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue** **Portsmouth, OH  45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject    (Page 5 of 15)



looking north



north side



additional east view









**3130 Michigan Avenue**
**Portsmouth, OH 45662**

**This Report Prepared for: Atomic Credit Union**

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
|---|---|
| Located at: | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject   (Page 6 of 15)



office areas



these have been remodeled by the buyer prior to the



completion of the purchase









**3130 Michigan Avenue
Portsmouth, OH  45662**

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject    (Page 7 of 15)





all personal property is excluded





camera system installed by the buyer





restrooms



office



**This Report Prepared for: Atomic Credit Union**

3130 Michigan Avenue
Portsmouth, OH 45662

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
| Located at: | 16064 Beaver Pike  Jackson, OH 45640 |

## Photographs of Subject    (Page 8 of 15)

additional interior areas















**ROBERT GAMBILL**
APPRAISALS
**3130 Michigan Avenue**
**Portsmouth, OH  45662**

**This Report Prepared for: Atomic Credit Union**

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
| Located at: | 16064 Beaver Pike  Jackson, OH  45640 |

**Photographs of Subject**   (Page 9 of 15)



personal property above not included



fire equipment





some of the electrical







**3130 Michigan Avenue**
**Portsmouth, OH 45662**

### This Report Prepared for: Atomic Credit Union

| | |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH 45640 |

## Photographs of Subject   (Page 10 of 15)



again cabinets and equipment



are not included in the valuation











**3130 Michigan Avenue**
**Portsmouth, OH  45662**

**This Report Prepared for: Atomic Credit Union**

| | |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject    (Page 11 of 15)















**3130 Michigan Avenue**
**Portsmouth, OH  45662**

**This Report Prepared for: Atomic Credit Union**

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
|---|---|
| Located at: | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject   (Page 12 of 15)



additional electric






dressing rooms






| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue**<br>**Portsmouth, OH 45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject    (Page 13 of 15)

Warehouse areas















**This Report Prepared for: Atomic Credit Union**

3130 Michigan Avenue
Portsmouth, OH 45662

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
| Located at: | 16064 Beaver Pike  Jackson, OH 45640 |

## Photographs of Subject   (Page 14 of 15)

More of the warehouse views















**This Report Prepared for: Atomic Credit Union**

**3130 Michigan Avenue
Portsmouth, OH 45662**

| | |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Photographs of Subject   (Page 15 of 15)

more of the warehouse areas







| ROBERT GAMBILL<br>A P P R A I S A L S<br>3130 Michigan Avenue<br>Portsmouth, OH  45662 | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Size Calculations

The appraisers computed sizes of various subject property elements.  Exterior dimensions were used for the building.

### Description of Site

| *Address* | 16064 Beaver Pike<br>Jackson, OH  45640 | | |
|---|---|---|---|
| *General Location* | Located along the side of Beaver Pike extending to Jisco West Road about Street, about 1/4 mile west of Cherry Street, its common address is 16064 Beaver Pike, Jackson, OH  45640. | | |
| *Dimensions* | See site map | *Size* | 113 acres |
| *Easements* | None known; none assumed | *Alley* | None |
| *Encroachments* | None known; none assumed | *Access* | Typical |
| *Shape* | Rectangular | *Street Paving* | Asphalt paved |
| *Curbs & Gutters* | Concrete curbs, concrete gutters | *Sidewalks* | Concrete |
| *Topography* | Almost level | *Gas* | Public |
| *Water & Sewer* | Public sewer and water | | |
| *Major Flaws* | None | | |
| *Overall Features* | The land has typical physical features as compared to similar alternatives.  Its overall locational attributes are average relative to other competitive parcels. | | |

| ROBERT GAMBILL<br>APPRAISALS<br>3130 Michigan Avenue<br>Portsmouth, OH 45662 | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| An appraisal of:<br>Located at: | A General-Purpose Industrial Facility With One User Spaces<br>16064 Beaver Pike  Jackson, OH  45640 |

## Description of Existing Improvements

| Subject<br>Unit(s) | Address<br>Unit #<br>Sq.Ft.<br>General Use | 16064 Beaver Pike<br>NA<br>159,000 sq. ft.<br>General Purpose | Actual Age<br>Const Quality<br>Phy. Condition<br>Bldg Height<br>General Design | 50 years<br>Average<br>Average<br>1 Story<br>Typical |
|---|---|---|---|---|
| Foundation | Type<br>Material | 100% Slab-type foundation<br>Poured concrete foundation walls. | | |
| Predominant<br>Exterior<br>Materials | Roof Cover<br>Walls<br>Windows | Rubber membrane.  updated per buyer<br>Block and steel<br>Predominantly fixed single-pane, in metal frames.  Mostly original. | | |
| Predominant<br>Interior<br>Materials | Ceilings<br>Partitions<br>Floor Cover<br>Trim<br>Doors<br>Bsmt Finish | 2' x 4' suspended acoustical panels in the office areas<br>Painted drywall<br>carpet, ceramic and concrete<br>Painted wood; Minimal<br>Painted wood<br>Not applicable | | |

## Description of Existing Improvements

| | Sq.Ft. | Percent | Usage | *Above Grade* |
|---|---|---|---|---|
| *Space Use* | 15,900<br>143,100 | 10.0 %<br>90.0 % | Office<br>Industrial | |
| | 159,000 | 100.0 % | Totals | *Above Grade* |

| ROBERT GAMBILL<br>APPRAISALS<br>3130 Michigan Avenue<br>Portsmouth, OH 45662 | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |

## Description of Existing Improvements

| | |
|---|---|
| *Rooms* | |
| *Restrooms* | 6; Mostly average quality with white plumbing fixtures, wall-hung sinks, and vinyl tile floor cover.  Generally ADA compliant.  updated |
| *Ceiling Clearance* | About 8 to 10 feet in finished areas; around 30 feet in warehouse areas. |
| *Heating & Cooling* | Forced air with central air for office areas.  Unit heaters throughout the industrial portion |
| *Electrical System* | Circuit distribution is controlled by circuit breakers.  Most illumination provided by recessed flourescent fixtures.  Mostly original. |
| *Protections* | Fire Alarm - Intrusion Alarm - with central monitoring; smoke detectors; |
| *On-Site Parking* | Ample asphalt paved outdoor spaces; |
| *Major Repairs Or Replacement* | None observed |
| *Atypical Aspects* | None |
| *Functionality* | Adequate for intended use.  No functional obsolescence. |
| *Overall Features* | Structural Soundness            Adequate<br>Building Systems               Not checked, but believed operable<br>Functional Efficiency          Adequate<br>Physical Condition             About the norm relative to its competition<br>Visual Appearance            About the norm as compared to most nearby buildings |

## Real Estate Taxes

Throughout , the Total Assessed Value is supposed to represent 35% of market value.  Hence, the assessor's implied market value can be calculated by dividing 35% into the Total Assessed Value.

| | |
|---:|---|
| *County* | Jackson |
| *Parcel ID #* | See list |
| *Tax Year* | 2019 |
| *Total Assessed Value* | 1,605,970 |
| *Tax Amount* | $74,653 |

Real estate taxes are a primary mechanism used by local government to gather the monies needed to fund operations.  Too little funds can limit governmental services.  Excessive tax burden can hinder real estate values.  For the subject, taxes are possibly unduly burdensome.  The assessed value would imply a market value of over 4.5 million which is seemingly double its actual market value determined within this report.

## Zoning

The area is not zoned. Market dynamics control use and operation.

|  **3130 Michigan Avenue** **Portsmouth, OH 45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** **Located at:** | A General-Purpose Industrial Facility With One User Spaces 16064 Beaver Pike  Jackson, OH  45640 |

# ♦  **Valuation**  • • •

## Highest and Best Use

This appraisal employs an inferred market analysis, not a fundamental analysis to determine a highest and best use for the subject. A fundamental analysis forecasts demand from broad demographic and economic data like population and income. Existing supply is inventoried. Then the relationship of supply and demand is weighed to determine net demand. An inferred analysis is based on local trends and patterns from which inferences are made. Sales, listings, marketing intervals, and/or price change for other similar land infer there is adequate demand for the subject parcel at a price level congruous with this data. Sales, listings, marketing intervals, vacancy rates, rental rates, and/or price change for other similar buildings infer there is adequate demand for the subject building(s) at a price level congruent with this data. For the subject, no fundamental analysis or specific supply and demand studies have been made.

A number of aspects influence a property's Highest and Best Use including yet not limited to zoning, nearby land uses, physical constraints, supply and demand, as well as general economic conditions. There are two types of Highest and Best Use - "as though vacant and as improved." After consideration of many factors, the following Highest and Best Use determinations were made for the subject real estate:

"As Vacant"     General industrial

"As Improved"     Its existing industrial use

There is little doubt the existing improvements significantly and positively contribute to value. Therefore, the highest and best use "as improved" is continuation of its present use.

## Value Introduction

For real estate consisting of land and building(s), there are three primary valuation methods - the cost approach, sales comparison approach, and income approach. All three were considered for their application to the property being appraised.

## Land Value

An estimate of land value is needed to develop an indication of worth via the cost approach. In this report, the cost approach is not developed, so the land valuation section has been omitted.

## Cost Approach

The cost approach is most applicable for real estate consisting of land and a new, or like new, building. This approach tends to lack reliability when there is a large degree of depreciation. Since the subject structure is substantially depreciated, the cost approach was not developed in this appraisal.

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | |
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br> 16064 Beaver Pike  Jackson, OH  45640 |

## Income Approach

The income approach is most applicable for real estate developed to generate rental income such as shopping centers or apartment buildings.  Small freestanding, single-user structures, like the subject, are customarily erected and acquired to house their owner, not produce rental income.

One criterion used to define market value is the "most probable price."  Implicit within the "most probable price" concept is the presumption of a sale to the most probable buyer.  In this case, the most probable buyer is an owner-user acquiring the property for occupancy, not rental income.  This buyer group generally does not use an income valuation process during their purchase deliberations.  Moreover, different buyer groups have different motivations and different perceptions of risk, which influence their purchasing decisions.  Hence, it stands to reason that the estimation of market value should be based on market evidence pertaining to the most probable buyer, not less frequent buyer groups.

By its very nature, market data applicable to less frequent buyer groups is scarce and scattered, hence less meaningful.  As applicable to the subject, sufficient rental data, expense information and capitalization rates necessary to process a meaningful value indication via this approach, are not available.  Therefore, this approach was judged inapplicable and intentionally omitted.

## Sales Comparison Approach

*Introduction*

In an appraisal, the real estate being appraised is referred to as the "subject" or "subject property."  Properties possessing characteristics that are physically, and locationally similar to the subject are called "comparables" or "comparable sales."  In this approach, comparables are compared to the subject.  Differences are noted.  Dissimilarities between the subject and the comparables are categorized into elements of comparison.  Adjustments, to compensate for dissimilarities, are next applied to the sale prices of the comparable sales.  Then, a value estimate for the subject is reconciled from the range in adjusted sale prices established by the comparables.  All cited transactions are "arm's length" conveyances unless stated otherwise.  An "arm's length" transaction is an agreement between unrelated parties under no duress.



**3130 Michigan Avenue**
**Portsmouth, OH  45662**

**This Report Prepared for: Atomic Credit Union**

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
| Located at: | 16064 Beaver Pike  Jackson, OH  45640 |

## Sales Comparison Approach

*Market Data*

| | Subject | Sale #1 | | Sale #2 | | Sale #3 | | Sale #4 | | Sale #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Address<br>City, State | 16064 Bearver Pike<br>Ashland, KY | 279 CW Avenue<br>Ashland, Ky  41102 | | 149 S Commerce Dr<br>Ashland, KY | | 275 S. Bennett Avenue<br>Jackson, OH  45640 | | 501 McCarty Lane<br>Jackson, OH | | 12087 Virginia Blvd<br>Ashland, KY  41102 | |
| subject verification | | interior | inspection | interior | inspection | exterior | inspection | exterior | inspection | exterior | inspection |
| | | appraisal | time of sale | County | Auditor | County | Auditor | County | Auditor | County | Auditor |
| Proximity to Subj<br>Bk / Pg or Source | Not Applic.<br>Inspection | 45.94 miles S<br>016-00-00-0-95.00 | | 45.57 miles S | | 1.07 miles Se<br>parcel 025-01-00-118 | | 2.65 miles Se<br>parcel 34-0945.001 & .005 | | 45.27 miles S | |
| Descrip & Use | office/wareho<br>uses | warehouse/office/industrial | | warehouse/office/industrial | | warehouse/office/industrial | | railroad tie mfg facility w/<br>offices | | warehouse/office/industrial | |
| Sale Price | n/a | | $2,000,000 | | $2,400,000 | | $650,000 | | $200,000 | | $1,500,000 |
| Land sf | 4,938,353 | | 1,698,840.00 | | 549,727.00 | | 292,375.00 | | 1,339,000.00 | | 190,793.00 |
| Abv Gr Bldg SqFt | 159,000 | | 126,060 | | 62,380 | | 103,000 | | 50,000 | | 60,000 |
| Total # of Units | 1 | | 1 | | 1 | | 1 | | 1 | | 1 |
| Sale $ Per SqFt | NA | | $15.87 | | $38.47 | | $6.31 | | $4.00 | | $25.00 |
| Property Rights | Fee Simple | Fee Simple | 0% | Fee Simple | 0% | Fee Simple | 0% | Fee Simple | 0% | Fee Simple | 0% |
| Adjusted Sale $/SF | | | $15.87 | | $38.47 | | $6.31 | | $4.00 | | $25.00 |
| Financing | Mkt Rate | Mkt Rate | 0% | Mkt Rate | 0% | Mkt Rate | 0% | Mkt Rate | 0% | Mkt Rate | 0% |
| Adjusted Sale $/SF | | | $15.87 | | $38.47 | | $6.31 | | $4.00 | | $25.00 |
| Conditions of Sale | Typical | Typical | 0% | Typical | 0% | Typical | 0% | Typical | 0% | Typical | 0% |
| Adjusted Sale $/SF | | | $15.87 | | $38.47 | | $6.31 | | $4.00 | | $25.00 |
| Expend. After Sale | None | none | 0% | none | 0% | significant | 30% | significant | 0% | none | 0% |
| Adjusted Sale $/SF | | | $15.87 | | $38.47 | | $6.31 | | $4.00 | | $25.00 |
| Date of Sale | n/a | Jul-17 | 0% | May-18 | 0% | Dec-18 | 0% | May-19 | 5% | Aug-19 | 0% |
| Adjusted Sale $/SF | | | $15.87 | | $38.47 | | $8.20 | | $4.20 | | $25.00 |
| Location | average | average | 0% | average | 0% | average | 0% | average | 0% | average | 0% |
| Land to Bldg Ratio | 24.18 | 13.48 | 5% | 8.81 | 5% | 2.84 | 15% | 26.07 | 0% | 3.18 | 10% |
| Building SqFt | 159,000 | 126,060 | 0% | 62,380 | -10% | 103,000 | 0% | 50,000 | -10% | 60,000 | -10% |
| Building Age (Yrs) | est 50 | 30 -50 | 0% | 17 | -15% | over 50 | 0% | older | 10% | 20 | -10% |
| Physical Condition | average | average | 0% | good | -10% | avg minus | 5% | fair | 15% | Avg/good | -5% |
| Construct Quality | average | average | 0% | average | 0% | average | 0% | avg minus | 5% | Avg/good | -5% |
| Exterior Appearance | Average | avg minus | 5% | average | 0% | average | 10% | avg minus | 5% | average | 0% |
| Interior Finish | average | similar | 0% | avg plus | -10% | inferior | 10% | inferior | 10% | erage plus | -10% |
| Percent Office | 10% | 30% | -15% | 20% | -10% | 5% | 10% | 5% | 10% | 20% | -10% |
| Basement | slab | slab | 0% | slab | 0% | slab | 0% | Slab | 0% | slab | 0% |
| Warehouse Ceil Ht | varied | equal | 0% | equal | 0% | equal | 0% | inferior | 5% | equal | 0% |
| Fencing | chain link | equal | 0% | equal | 0% | none | 10% | none | 10% | equal | 0% |
| Economic Qualities | Typical | Typical | 0% | Typical | 0% | Typical | 0% | typical | 0% | Typical | 0% |
| Parking | substantial | equal | 0% | Similar | 0% | Similar | 0% | adequate | 0% | Similar | 0% |
| **Total Adjustment** | | | -5% | | -50% | | 55% | | 60% | | -40% |
| **Indicated Subject Value / SqFt** | | | $15.08 | | $19.24 | | $13.12 | | $6.72 | | $15.00 |
| **Indicated Subject Value** | | | $2,397,700 | | $3,059,200 | | $2,086,100 | | $1,068,500 | | $2,385,000 |



**3130 Michigan Avenue**
**Portsmouth, OH  45662**

**This Report Prepared for: Atomic Credit Union**

| | |
|---|---|
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

| | Subject | Sale #1 | Sale #2 | Sale #3 |
|---|---|---|---|---|
| Address City, State | 16064 Beaver Pike Ashland, KY | 279 CW Avenue Ashland, Ky  41102 | 149 S Commerce Dr Ashland, KY | 275 S. Bennett Avenue Jackson, OH  45640 |
| subject verification | | interior      inspection appraisal   time of sale | interior   inspection County     Auditor | exterior    inspection County      Auditor |
| Proximity to Subj Bk / Pg or Source | Not Applic. Inspection | 45.94 miles S 016-00-00-0-95.00 | 45.57 miles S | 1.07 miles Se parcel 025-01-00-118 |
| Descrip & Use | office/wareho uses | warehouse/office/industrial | warehouse/office/industrial | warehouse/office/industrial |
| Sale Price Land sf Abv Gr Bldg SqFt Total # of Units | n/a 4,938,353 159,000 1 | $2,000,000 1,698,840.00 126,060 1 | $2,400,000 549,727.00 62,380 1 | $650,000 292,375.00 103,000 1 |
| Sale $ Per SqFt Property Rights | NA Fee Simple | $15.87 Fee Simple       0% | $38.47 Fee Simple       0% | $6.31 Fee Simple       0% |
| Adjusted Sale $/SF Financing | Mkt Rate | $15.87 Mkt Rate       0% | $38.47 Mkt Rate       0% | $6.31 Mkt Rate       0% |
| Adjusted Sale $/SF Conditions of Sale | Typical | $15.87 Typical       0% | $38.47 Typical       0% | $6.31 Typical       0% |
| Adjusted Sale $/SF Expend. After Sale | None | $15.87 none       0% | $38.47 none       0% | $6.31 significant       30% |
| Adjusted Sale $/SF Date of Sale | n/a | $15.87 Jul-17       0% | $38.47 May-18       0% | $8.20 Dec-18       0% |
| Adjusted Sale $/SF | | $15.87 | $38.47 | $8.20 |
| Location | average | average       0% | average       0% | average       0% |
| Land to Bldg Ratio | 24.18 | 13.48       5% | 8.81       5% | 2.84       15% |
| Building SqFt | 159,000 | 126,060       0% | 62,380      -10% | 103,000       0% |
| Building Age (Yrs) | est 50 | 30 -50       0% | 17      -15% | over 50       0% |
| Physical Condition | average | average       0% | good      -10% | avg minus       5% |
| Construct Quality | average | average       0% | average       0% | average       0% |
| Exterior Appearance | Average | avg minus       5% | average       0% | average       10% |
| Interior Finish | average | similar       0% | avg plus      -10% | inferior       10% |
| Percent Office | 10% | 30%      -15% | 20%      -10% | 5%       10% |
| Basement | slab | slab       0% | slab       0% | slab       0% |
| Warehouse Ceil Ht | varied | equal       0% | equal       0% | equal       0% |
| Fencing | chain link | equal       0% | equal       0% | none       10% |
| Economic Qualities | Typical | Typical       0% | Typical       0% | Typical       0% |
| Parking | substantial | equal       0% | Similar       0% | Similar       0% |
| Total Adjustment | | -5% | -50% | 55% |
| Indicated Subject Value / SqFt | | $15.08 | $19.24 | $13.12 |
| **Indicated Subject Value** | | **$2,397,700** | **$3,059,200** | **$2,086,100** |



**3130 Michigan Avenue**
**Portsmouth, OH  45662**

| | |
|---|---|
| | **This Report Prepared for: Atomic Credit Union** |
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |

| | Subject | Sale #4 | | Sale #5 | |
|---|---|---|---|---|---|
| Address<br>City, State | 16064 Bearver<br>Pike<br>Ashland, KY | 501 McCarty Lane<br>Jackson, OH | | 12087 Virginia Blvd<br>Ashland, KY  41102 | |
| subject verification | | exterior   inspection<br>County   Auditor | | exterior   inspection<br>County   Auditor | |
| Proximity to Subj<br>Bk / Pg or Source | Not Applic.<br>Inspection | 2.65 miles Se<br>parcel 34-0945.001 & .005 | | 45.27 miles S | |
| Descrip & Use | office/wareho<br>uses | railroad tie mfg facility w/<br>offices | | warehouse/office/industrial | |
| Sale Price<br>Land sf<br>Abv Gr Bldg SqFt<br>Total # of Units | n/a<br>4,938,353<br>159,000<br>1 | $200,000<br>1,339,000.00<br>50,000<br>1 | | $1,500,000<br>190,793.00<br>60,000<br>1 | |
| Sale $ Per SqFt<br>Property Rights | NA<br>Fee Simple | Fee Simple | $4.00<br>0% | Fee Simple | $25.00<br>0% |
| Adjusted Sale $/SF<br>Financing | Mkt Rate | Mkt Rate | $4.00<br>0% | Mkt Rate | $25.00<br>0% |
| Adjusted Sale $/SF<br>Conditions of Sale | Typical | Typical | $4.00<br>0% | Typical | $25.00<br>0% |
| Adjusted Sale $/SF<br>Expend. After Sale | None | significant | $4.00<br>0% | none | $25.00<br>0% |
| Adjusted Sale $/SF<br>Date of Sale | n/a | May-19 | $4.00<br>5% | Aug-19 | $25.00<br>0% |
| Adjusted Sale $/SF | | | $4.20 | | $25.00 |
| Location | average | average | 0% | average | 0% |
| Land to Bldg Ratio | 24.18 | 26.07 | 0% | 3.18 | 10% |
| Building SqFt | 159,000 | 50,000 | -10% | 60,000 | -10% |
| Building Age (Yrs) | est 50 | older | 10% | 20 | -10% |
| Physical Condition | average | fair | 15% | Avg/good | -5% |
| Construct Quality | average | avg minus | 5% | Avg/good | -5% |
| Exterior Appearance | Average | avg minus | 5% | average | 0% |
| Interior Finish | average | inferior | 10% | erage plus | -10% |
| Percent Office | 10% | 5% | 10% | 20% | -10% |
| Basement | slab | Slab | 0% | slab | 0% |
| Warehouse Ceil Ht | varied | inferior | 5% | equal | 0% |
| Fencing | chain link | none | 10% | equal | 0% |
| Economic Qualities | Typical | typical | 0% | Typical | 0% |
| Parking | substantial | adequate | 0% | Similar | 0% |
| Total Adjustment | | | 60% | | -40% |
| Indicated Subject Value / SqFt | | | $6.72 | | $15.00 |
| Indicated Subject Value | | $1,068,500 | | $2,385,000 | |



| This Report Prepared for: Atomic Credit Union |
|---|

**3130 Michigan Avenue**
**Portsmouth, OH 45662**

| An appraisal of: | A General-Purpose Industrial Facility With One User Spaces |
|---|---|
| Located at: | 16064 Beaver Pike  Jackson, OH 45640 |

## Sales Comparison Approach - Photos of Sales    (Page 1 of 2)



**COMPARABLE SALE #    1**
279 CW Avenue
Ashland, KY 41102



**COMPARABLE SALE #    2**
149 S. Commerce Drive
Grayson, KY 41102-9798



**COMPARABLE SALE #    3**
275 S. Bennett Ave
Jackson, OH 45640



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue** **Portsmouth, OH 45662** | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Sales Comparison Approach - Photos of Sales   (Page 2 of 2)



**COMPARABLE SALE #   4**
501 McCarty Lane
Jackson, OH 45640



**COMPARABLE SALE #   5**
12087 Virginia Blvd
Ashland, KY 41102



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **3130 Michigan Avenue**<br>**Portsmouth, OH 45662** | |
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH 45640** |

## Sales Comparison Approach

*Sales Location Map*



| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **ROBERT GAMBILL** APPRAISALS 3130 Michigan Avenue Portsmouth, OH  45662 | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Sales Comparison Approach

*Analysis & Conclusions*

The subject and all cited sales share several characteristics.  They are all located in either the same or similar settings , and have similar use and utility.  These commonalities justify the inclusion of these sales in this analysis.

Property Rights          Agreements or laws create partial interests in real estate.  If the interest conveyed for a comparable sale is different from the interest being appraised, then a property rights adjustment is necessary.  A common adjustment of this type compensates for a lease that disfavors ownership, and negatively affects value.  Unless stated otherwise, property rights are virtually the same for the subject and all cited conveyances.  No lease adversely impairs value.  Hence, no adjustments are necessary for this element of comparison.

Financing          Non-market financing is a common technique used to finance the acquisition of real estate during periods of high interest rates.  When non-market financing is used, the financing is typically favorable to the buyer and the sale price is usually inflated.  The escalated price can be envisioned as a composite of real estate, and advantageous financing terms.  Since value created by financing is not real property, the contribution of the advantageous financing must be deducted from total sale price to derive a true price for just the realty.  Unless a statement is made to the contrary, non-market financing was not used to acquire any comparable sale cited in this report.  Therefore, no compensations are needed for financing.

Conditions of Sale          An adjustment for conditions of sale compensates for unusual buyer or seller motivations that impact sale price.  For instance, when a seller gives the buyer an atypical rebate, discount, credit, or something of value to induce a conveyance, it is logical to deduct the worth of the giveback from the sale price.  Residual sums represent the net or effective sale price.  Unless stated otherwise, no adjustments are necessary for conditions of sale.

Expenditures Post Sale   This is a situation when a buyer has to invest monies in a property immediately after acquisition for some atypical reason.  Post-sale invested sums are customarily added to a comparable's sale price, which produces an adjusted sale price.  Examples are demolition costs or building code compliance costs.  Unless a contrary statement is made, no adjustments are necessary for post sale expenditures.

Market Conditions          This is an adjustment for change in value due to change in market conditions.  It is commonly referred to as a time adjustment, but this is misleading.  Value does not change simply due to the passage of time.  Values fluctuate due to changes in market conditions, so this adjustment compensates for change in market conditions between a sale's transaction date and a later point in time.  All cited comparables conveyed between July 2017 and this report's effective value date.  Values were stable between these two dates, therefore

▶No date of sale adjustments were applied.

Location          Each property was rated to the subject for locational aspects such as value growth potential, access, and general desirability.  Those transactions with superior locations were adjusted downward and vice versa.

Physical Attributes          A myriad of physical characteristics can affect value.  Some examples are lot size, building size, physical condition of the building, functionality, and visual appeal.  Those sales with superior physical qualities warrant downward adjustment and vice versa.

|   **3130 Michigan Avenue** **Portsmouth, OH  45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** **Located at:** | A General-Purpose Industrial Facility With One User Spaces  16064 Beaver Pike  Jackson, OH  45640 |

The land to building ratio (L:B) is an index reflecting land use intensity.  The greater the index, the more land available for building expansion, parking, green space, or storage.  Generally, a large index contributes more to value than a small index.
►Modest adjustments were applied as seemingly required.

Usually there is an inverse relationship between price and building size caused primarily by economies of scale associated with construction.  That is, price per square foot tends to diminish as size increases.
►Adjustments were applied as necessary

Structures with larger proportions of interior finishing have higher construction costs and values than buildings with smaller ratios.  In light of same,
►adjustments were applied where necessary

Better-maintained or more modern buildings obviously command higher prices.  Each analyzed transaction was compared to the subject for physical condition.  Structures with superior physical condition relative to the subject were adjusted downward and vice versa.

Economic Attributes      An economic attributes adjustment is needed when the subject's ability to generate net income is different from that of a comparable.  An example is a major disparity in real estate taxes for similar proximate apartment buildings.  Another illustration might be a superior tenant mix, which enables a shopping mall to command rent premiums.  Unless a statement is made to the contrary, this element of comparison is not applicable the case at hand.


## Sales Comparison Approach

*Analysis & Conclusions*

Needed adjustments were explained above.  These adjustments have been quantified and are shown in the prior table.  Some of these adjustments are based upon the appraisers' professional judgment when data was insufficient to enable market extraction.

The appraisers are well aware the cited conveyances are less than ideal comparisons.  However, sales of more comparable properties were not discovered during our research.  Selected transactions were chosen for analysis because they are all buildings suitable for industrial purposes like the subject.

*Value Indication*

►All sales are somewhat similarly comparable on an overall basis.

►Sale #1 is one that I appraised at the time of sale.  The largest adjustment was applied to the superior amount of inside office space. Overall, though the subject and this comparable were quite like each other.

►Sale #2 was also one that I appraised at the time of sale.  It was superior in many areas including age, condition and interior finish.  Largely, it was completely open and had good access and flow for a distribution company.  It still set the high end of the range.  Seemingly, the sales price was above what was typical for the market.  The buyer was motivated to gain an office and warehouse at this location after just acquiring another adjacent 300,000 sf building at a substantially below market price.

| ROBERT GAMBILL<br>APPRAISALS<br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br> 16064 Beaver Pike  Jackson, OH  45640 |

►Sale # 3 was quite proximate to the subject.  This was a sale of a fairly similar use property that though was inferior in numerous characteristics not to mention on a much smaller site.  We appraised this property and there was an investment in excess of $600,000 for remodeling to make the property useful and thus the expenditure after sale adjustment.

►Sale # 4 was a foreclosure that sold back to the lender at $400,000.  It was sold to the local economic development company.  At the $400,000 price, the adjusted price per sf would be over $13.00 per sf.

►Sale # 5 was the most recent sale and set the high end of the range.  It was also a building with similar utility.

The adjusted data varies from $6.72 to $19.24  per sq. ft., a substantial  range.  After careful consideration of all factors pertaining to, and influencing the sales comparison approach, the following is selected as the most fitting value indication.  Both the per unit and lump sums reflect the worth of the subject building, site improvements, and the land. Accordingly

| Subject Structure | 159,000 | Sq. Ft.  @ | 14.00 | Per  Sq. Ft. = | $2,226,000 |
|---|---|---|---|---|---|

*Indicated Market Value*
*Via Sales Comparison, Say rounded*                           $2,200,000

## Reconciliation

All salient aspects of the subject property have been presented and discussed.  Zoning uses, requirements and limitations were considered.  If within the scope of work, the subject's Highest and Best Use was determined.  Appropriate valuation techniques were processed.  Applicable approaches produced the following results:

| | |
|---|---|
| Cost Approach | Not Applicable |
| Income Approach | Not Applicable |
| Sales Comparison Approach | $2,200,000   "As Is" |

The sales comparison approach is considered most applicable for this type and size property in this vicinity.  Therefore, our final market value conclusion for the subject real estate is

$2,200,000 "As Is"
Two MillionTwo Hundred Thousand Dollars "As Is"

## Exposure Time

Terminology abounds in the real estate appraisal profession.  Two related but different concepts that are often confused are Exposure Time and Marketing Time.  USPAP specifically addresses the confusion.

| Term | Definition | Explanation |
|---|---|---|
| Exposure Time<br>(Statement 6) | *"... the estimated length of time the property interest being appraised would have been offered on the market **prior** to the hypothetical consummation of a sale at market value on the effective date of the appraisal".* | Backward looking; ends on the effective value date.  Based on factual, past events. |

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| ROBERT GAMBILL APPRAISALS **3130 Michigan Avenue Portsmouth, OH 45662** | |
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH 45640** |

| Marketing Time (Advisory Opinion 7) | *"... an opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value during the period immediately after the effective date of the appraisal".* | Forward looking; starts on the effective value date. A forecast based on expectancies of future occurrences. |
|---|---|---|

USPAP Standard rule 1-2(c)(iv) requires an opinion of **exposure time**, not marketing time, when the purpose of the appraisal is to estimate market value. In the recent past, the volume of competitive properties offered for sale, sale prices, and vacancy rates have fluctuated little. Sale concessions have not been prevalent. In light thereof, an estimated exposure time for the subject is 6 to 12 months assuming competitive pricing and prudent marketing efforts.

## Personal Property & Other Value Exclusions

Personal property is movable and ***not*** permanently affixed to the real estate. Examples of personal property are freestanding ranges and refrigerators. The personal property included in this appraisal's value conclusion, if any, is considered typical for this type real estate, yet insignificant to the value conclusion. Therefore, it is not itemized or valued herein. Moreover, this report's final value conclusion(s) ***excludes*** unaffixed equipment, detached trade fixtures, chattel, and business good will unless specifically stated to the contrary.

## Digital Images

Our world is rapidly shifting to a global economy in which technology and e-commerce play major roles. Digitized signatures and digital photographs are key elements of this shift. This appraisal may contain digital photographs, which are true and accurate representations. Brightness and/or contrast of these images may have been adjusted to enhance visibility when lighting conditions were too light or too dark. However, the content of these images was not altered or augmented in any way.

Digital signatures may be affixed to this document. Statement 8 of USPAP recognizes and addresses the proper use of digitized signatures. In this document, a digital signature is a reproduction of the appraiser's actual signature. Software used for the affixation has a password security feature, which controls its usage.

| ROBERT GAMBILL<br>APPRAISALS<br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:**<br>**Located at:** | A General-Purpose Industrial Facility With One User Spaces<br>16064 Beaver Pike  Jackson, OH  45640 |

## Appraisal Institute

The Appraisal Institute, the professional organization that awards the MAI and SRA appraisal designations, conducts a program of continuing professional education for its designated members.  Associate and Affiliated Members may attend educational courses and seminars, but they do not receive continuing education credit from the Appraisal Institute.  Only designated Appraisal Institute members make the following declarations and/or certifications.

|  | As of the date of this report, I have **completed** the continuing education program of the Appraisal Institute | As of the date of this report, I have **not completed** the continuing education program of the Appraisal Institute | **Not Applicable.** Not a designated member of the Appraisal Institute |
|---|---|---|---|
| Robert E. Gambill, SRA | x |  |  |

Signatories to this report, who are Appraisal Institute designated members, associates, or affiliates, incorporate the following Certifications to those listed under the bolded topic named "Certifications" contained later in this report.

➢ The reported analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which includes the Uniform Standards of Professional Appraisal Practice.

➢ Use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

| **ROBERT GAMBILL** APPRAISALS<br>**3130 Michigan Avenue**<br>**Portsmouth, OH 45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| *An appraisal of:*<br>*Located at:* | A General-Purpose Industrial Facility With One User Spaces<br>16064 Beaver Pike  Jackson, OH  45640 |

# ROBERT E. GAMBILL, SRA

Certified General Appraiser
OH – 2003019456OH
KY – 3989

3130 Michigan Ave.
Portsmouth, Ohio 45662
gambillappraisals@hotmail.com
(740) 357-1347

## Residential – Commercial – Estates – Expert Witness Testimony

### PROFESSIONAL PROFILE

- Performing appraisals for a fee since 1990 and have been licensed by the state of Ohio since 1994.
- Instructor of real estate and appraisal courses at Shawnee State University.
- Received 'SRA' designation from the Appraisal Institute in 2008.
- Active member of the National Association of Realtors' Appraisal section.
- Certified General Appraiser in Ohio and Kentucky.

### REAL ESTATE EDUCATION

**Appraisal Institute**                                                                 **Chicago, IL**

USPAP, Ethics and Business Practices, Advanced Narrative Report Writing, SRA demonstration reports, Commercial Narrative Report Writing, Condemnation and Eminent Domain, Real Estate Finance Statistics and Valuation Modeling, Analyzing Operating Expenses, Tools & Technology for Real Estate Appraisers, What Commercial Clients Want, Appraisal Review, FHA & the Appraisal Process, Candidate for Designation Advisor, Scope of Work, Appraising from Blue Prints Appraising Convenience Stores, Real Estate Finance Statistics and Valuation Modeling, Reviewing Residential Appraisals, Land & Site Valuation and Advanced Market Analysis & Highest and Best Use, Expert Witness Testimony.

**South Eastern Business College**                                                 **Portsmouth, Oh**

Principles and Practices of Real Estate, Real Estate Law

**Hondros Real Estate School**                                                       **Columbus, Oh**

Real Estate Appraisal, Applied Residential Property Valuation, Uniform Standards of Appraisal Practice, Appraising Small Residential Income Property, Uniform Residential Appraisal Reports, Real Estate Finance, House Building from the Ground Up, Real Estate Brokerage, Red Flags and Environmental Concerns, Appraising from Blueprints and Specs, Real Estate Rehab, Real Estate Ethics, Core Law, Civil Rights, Fair Housing, and Appraising Complex Properties.

### ADDITIONAL EDUCATION

**Ohio University         Athens, Oh**                                                         **1981**
*M.A., Higher Education*
**Ohio University         Athens, Oh**                                                         **1980**
*B.S., Criminal Justice, Business Administration*
***Associate Degree in Law Enforcement (1979)***

|   **ROBERT GAMBILL** APPRAISALS  **3130 Michigan Avenue Portsmouth, OH  45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:**  **Located at:** | A General-Purpose Industrial Facility With One User Spaces  16064 Beaver Pike  Jackson, OH  45640 |

## ADDITIONAL BACKGROUND

### *Types of Assignments*

- Eminent domain appraisals for the City of Portsmouth for the purposes of building new dormitories for Shawnee State University, four phases of the property acquisition by Portsmouth City Schools as well as over 150 parcels for their sports complex which has involved both residential and commercial structures and sites.
- Various appraisal services for the city of Portsmouth in recent years involving residential, commercial and industrial structures for multiple purposes.
- Valuation services for the Wheelersburg School system for the same purposes.
- Tax valuation appraisals for both government and individuals as to the their tax valuations
- Highway right of way takings
- Eminent domain appraisals performed for the FAA for airport expansion in Pike County.
- Appraisals for various owners of restaurant properties as well as highest and best use analysis
- Strip shopping centers, fast food facilities, conventional restaurants, ground leases, automotive garages, retail and service related buildings in Southeastern Ohio, NE KY and Cabell county area of WV.
- Assisted investigators for the State of Ohio and the FBI in fraud investigations by reviewing appraisals and performing investigation of transactions.
- Additional assignments have included apartment complexes of various size, storage facilities,  office buildings of various types, convenience stores, trucking company facilities, day care facilities, residential care facilities, garden centers, mobile home parks, Convenient marts/fuel centers, Medical facilities, Government buildings, industrial facilities and Churches,
- Vacant land both for development as residential and industrial properties as well as subdivision analysis. Completed a significant project for New Steel International in 2008 involving land both for residential and commercial purposes.
- Expert Witness Testimony in various courts for litigation purposes.
- As a former real estate broker or owner for over 26 years I have been engaged in assistance with development and marketing of subdivision properties, agricultural and all types of residential & commercial properties.
- Industrial complexes complete with an active River Port.

## CUSTOMERS

American Savings Bank now Peoples Bank, Wesbanco, Community Trust Bank JPMorgan Chase,  City National Bank,  Town Square Bank, RBS Citizens, Charter One Bank (now CCO Mortgage), PNC Bank, Citizens National Bank, Citizens Deposit Bank, Louisa Community Bank, Pinnacle Bank, First State Bank, First Financial Bank, Ohio Valley Bank, First National of Waverly, Various Scioto & Pike County Courts (common pleas, domestic relations, probate). U. S. Bankruptcy Court. I also do independent consulting for various governmental agencies and their subsidiaries.

## REFERENCES

Available upon request

| | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| ROBERT GAMBILL<br>APPRAISALS<br>3130 Michigan Avenue<br>Portsmouth, OH 45662 | |
| **An appraisal of:** | A General-Purpose Industrial Facility With One User Spaces |
| **Located at:** | 16064 Beaver Pike  Jackson, OH  45640 |

## Certifications

The appraiser(s) signing this report make the following certifications to the best of his/her/their knowledge and belief.

➢ The statements of fact contained in this report are true and correct.  Reported analyses, opinions, and conclusions are limited only by the assumptions and limiting conditions contained within this report, and are the appraiser(s) personal, impartial, and unbiased professional analyses, opinions, and conclusions.

➢ The appraiser(s) have no present or prospective interest in the property that is the subject of this report, or personal interest with the parties involved.  The appraiser(s) have no bias with respect to the property that is the subject of this report, or to the parties involved with this assignment.

➢ This engagement was not contingent upon developing or reporting predetermined results.  Compensation paid to the appraiser(s) is not contingent upon the development or reporting of a predetermined value, or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of the appraisal.

➢ Reported analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) as promulgated by the Appraisal Foundation.

➢ A statement regarding observation of the subject property by the appraiser(s) is listed below.  This viewing, if any, did not attempt to probe, investigate, study, or discover unfavorable physical features.

| *Subject Observation* | *Interior and Exterior* | *Exterior Only* | *None* |
|---|---|---|---|
| Robert E. Gambill, SRA | x | | |

➢ No one provided significant real property appraisal assistance to the person(s) signing this certification.  Based upon the information contained herein, and upon judgment, education, and experience as real estate appraisers, it is opinion of the appraiser(s) that the following market value is (values are) applicable the subject property as of February 24, 2020.

➢

➢ I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of the report within the three-year period immediately preceding acceptance of this assignment.

➢ This report has been prepared in accordance with Title XI of FIRREA as amended, and any implementing regulations.

$2,200,000 "As Is"
Two MillionTwo Hundred Thousand Dollars "As Is"

*Robert E. Gambill*

Robert E. Gambill, SRA
Certified General Real Estate Appraiser
OH License 2003019456
License Expiration Date: 9/16/2020

| ROBERT GAMBILL **APPRAISALS**<br><br>**3130 Michigan Avenue**<br>**Portsmouth, OH  45662** | **This Report Prepared for: Atomic Credit Union** |
|---|---|
| **An appraisal of:** | **A General-Purpose Industrial Facility With One User Spaces** |
| **Located at:** | **16064 Beaver Pike  Jackson, OH  45640** |

APPRAISER DISCLOSURE STATEMENT
In Compliance with Ohio Revised Code Section 4763.12 (C)

Name of Appraiser: Robert E. Gambill, SRA

Class of Certification/Licensure:      [X]  Certified General
                                             Certified Residential
                                             Licensed Residential
                                             Temporary      General      Licensed

Certification/Licensure Number 2003019456

Scope:   This Report      [X]  is within the scope of my Certification or License.
                               is not within the scope of my Certification or License.

Service Provided by:      [X]  Disinterested & Unbiased Third Party
                               Interested & Biased Third Party
                               Interested Third Party on Contingent Fee Basis

Signature of person preparing and reporting the Appraisal:

Robert E. Gambill

This form must be included in conjunction with all appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser.

State of Ohio
Department of Commerce
Division of Real Estate Appraiser Section
Cleveland (216) 787-3100